# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

RECEIVED

AUG 25 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Oxford Division

| | | | |
|---|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. | 3:25-cv-250-DMB-RP |
| *Plaintiff(s)* | ) | | |
| -v- | ) | | |
| | ) | | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) | | |
| | ) | | |
| | ) | | |
| *Defendant(s)* | | | |

**NOTICE OF RELATED CASE**

Pursuant to Fed. R. Civ. P. 42(a) for related actions, Plaintiff Ehiremen Bennard Eriakha respectfully notifies the Court of a related case currently pending before this Court:

**Case Caption**: Alfred Omokhodion Eriakha v. University of Mississippi, et al.

**Civil Action No.**: 3:25-cv-00226

**Court**: United States District Court for the Northern District of Mississippi, Oxford Division

**Assigned Judge(s)**: Michael P Mills and Jane M Virden

**Date Filed**: August 11, 2025

This case involves overlapping parties, overlapping defendants, substantially similar facts, and common legal issues as those raised in the above-referenced related action. Judicial economy, consistency of rulings, and avoidance of duplication of effort may be served by coordinating consideration of these actions.

Respectfully submitted this 25th day of August, 2025.

---

Bennard Eriakha

Plaintiff, Pro Se

1802, Jackson Avenue West, Apartment 83

Oxford, Mississippi, 38655

662-281-4676

eriakhabernard@gmail.com

**Certificate of Service**

I hereby certify that on this 25th day of August, 2025, I filed the foregoing Notice of Related Case at the United States District Court for the Northern District of Mississippi, Oxford Division.

_____  08/25/2025

Bennard Eriakha