IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**EHIREMEN BENNARD ERIAKHA**                          **PLAINTIFF**

v.                          **CIVIL ACTION NO. 3:25CV250-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, et al.**                        **DEFENDANTS**

### ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an application to proceed *in forma pauperis* and submitted financial information under penalty of perjury as required by 28 U.S.C. § 1915(a)(1). ECF 2. After due consideration, the Court finds that the motion is well taken, and it is **GRANTED.**

Accordingly, the Clerk of the Court is **DIRECTED** to issue process for the defendants, which the U.S. Marshal must serve in accordance with 28 U.S.C. § 1915(d). The United States Marshal Service will serve process upon the defendants under 28 U.S.C. § 1915(d), using good faith efforts to identify and locate the proper individual and obtain service by all approved alternative means as provided by FED.R.CIV.P. 4 and MISS.R.CIV.P. 4 if service by mail is unsuccessful.

**SO ORDERED,** this the 27th day of August, 2025.

                                                                   /s/ Roy Percy
                                                                   UNITED STATES MAGISTRATE JUDGE