AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Ehiremen Bennard Eriakha <br><br> *Plaintiff(s)* <br> v. <br> University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang <br><br> *Defendant(s)* | Civil Action No. 3:25-CV-250-DMB-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* University of Mississippi
Oxford, Mississippi 38677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ehiremen Bennard Eriakha
1802 Jackson Avenue West
Apartment 83
Oxford, MS 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/28/2025

s/ David Crews
*Signature of Clerk or Deputy Clerk*

jla

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Ehiremen Bennard Eriakha <br><br> *Plaintiff(s)* <br> v. <br> University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang <br><br> *Defendant(s)* | Civil Action No. 3:25-CV-250-DMB-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dr. Yi Yang
Chair, Department of Pharmacy Administration
225 Faser Hall
Oxford, MS 38677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ehiremen Bennard Eriakha
1802 Jackson Avenue West
Apartment 83
Oxford, MS 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/28/2025

s/ David Crews
*Signature of Clerk or Deputy Clerk*

jla

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| Ehiremen Bennard Eriakha <br><br> *Plaintiff(s)* <br> v. <br> University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang <br><br> *Defendant(s)* | Civil Action No. 3:25-CV-250-DMB-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Marie Barnard
Graduate Program Coordinator
Pharmacy Administration
234 Faser Hall
Oxford, MS 38677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ehiremen Bennard Eriakha
1802 Jackson Avenue West
Apartment 83
Oxford, MS 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/28/2025                         s/ David Crews
                                                                       *Signature of Clerk or Deputy Clerk*

jla

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Ehiremen Bennard Eriakha <br><br> *Plaintiff(s)* <br> v. <br> University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang <br><br> *Defendant(s)* | Civil Action No. 3:25-CV-250-DMB-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Annette Kluck
Dean of the Graduate School
Graduate School
Oxford, MS 38677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ehiremen Bennard Eriakha
1802 Jackson Avenue West
Apartment 83
Oxford, MS 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/28/2025

s/ David Crews
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Ehiremen Bennard Eriakha<br><br>*Plaintiff(s)*<br>v.<br>University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang<br><br>*Defendant(s)* | Civil Action No. 3:25-CV-250-DMB-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Yinan Huang
Faculty Member
235 Faser Hall
Oxford, MS 38677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ehiremen Bennard Eriakha
1802 Jackson Avenue West
Apartment 83
Oxford, MS 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/28/2025

s/ David Crews
*Signature of Clerk or Deputy Clerk*

jla