# UNITED STATES DISTRICT COURT

RECEIVED
SEP 08 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

for the

Northern District of Mississippi

Oxford Division

| | | |
|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. 3:25-cv-00250 |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| | ) | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) ) | |
| | ) | |
| *Defendant(s)* | | |

**PLAINTIFF'S CERTIFICATION OF NOTICE PURSUANT TO FED. R. CIV. P. 65(B)(1)(B)**

1

Plaintiff Ehiremen Bennard Eriakha, proceeding pro se and in forma pauperis, hereby certifies as follows:

## 1. Efforts to Give Notice.

Plaintiff has not personally served or directly provided notice of this Motion for Temporary Restraining Order to Defendants. On August 27, 2025, this Court granted Plaintiff's motion to proceed in forma pauperis and directed the United States Marshals Service to effect service of process on all named Defendants. Plaintiff therefore relies on the Court-ordered service process and is unable to provide independent notice.

## 2. Reason Notice Should Not Be Required.

Because Plaintiff is proceeding pro se and in forma pauperis, service is being carried out by the U.S. Marshals under Court order, requiring additional notice at this stage would be impracticable. Moreover, the irreparable harms Plaintiff faces—including constructive expulsion, loss of lawful F-1 visa status, and loss of access to healthcare and education—are immediate and ongoing. Delaying relief until service is completed would defeat the purpose of a Temporary Restraining Order.

Accordingly, Plaintiff respectfully requests that the Court consider the Motion for Temporary Restraining Order without prior notice to Defendants, pursuant to Rule 65(b)(1).

Respectfully submitted,

_____

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

2

1802 Jackson Avenue West, Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

Dated: 09/08/2025

## CERTIFICATE OF SERVICE

I hereby certify that on September 08, 2025, I filed the foregoing Notice with the Clerk of Court.

Ehiremen Bennard Eriakha

Plaintiff, Pro Se