**EXHIBIT A — Signed Mentor-Mentee Agreement Form**

## Agreement Between University of Mississippi School of Pharmacy (UMSOP), Pharmacy Administration Department Graduate Students and Their Developmental Mentors

Predoctoral training entails both formal education in a specific discipline and research experience in which the graduate student trains under the supervision of one or more advisors who will mentor the student throughout graduate school. A positive mentoring relationship between the predoctoral student and the developmental mentor is a vital component of the student's preparation for future careers and mentoring roles.

Individuals who pursue a graduate degree are embarking on a path of lifelong learning and are therefore expected to take responsibility for their scientific and professional learning and development from the onset. Graduate students must be in charge and take ownership of their progress through the graduate program. This means seeking guidance and knowledge regarding course requirements, program requirements, policies, and procedures.

Investing deeply in mentoring relationships is one way to take ownership of your journey from consumer to producer of knowledge. Mentoring is defined as:

> a process for the informal transmission of knowledge, social capital, and psychosocial support perceived by the recipient as relevant to work, career, or professional development; mentoring entails informal communication, usually face-to-face and during a sustained period of time, between a person who is perceived to have greater relevant knowledge, wisdom, or experience (the mentor) and a person who is perceived to have less (the protégé). (Bozeman and Feeney, 2007, p. 731)

Mentoring offers the psychological/emotional support, support for setting goals and establishing a career path, support for developing academic knowledge, and access to experience and guidance that can bolster students' sense of self-efficacy (Crisp and Cruz, 2009). Mentorship is positively correlated with success in post-secondary educational settings (Edney, 2019) and can prove instrumental to maximizing opportunities to develop key skills needed to be successful in post-graduate study (Chaparro and Cyrus, 2022). Mentors provide guidance on and knowledge about course requirements and program requirements, policies, and procedures, and will be essential partners in helping you to develop your Individual Development Plans.

Faculty developmental mentors are expected to serve as a scientific and professional role model for the graduate student. In addition, the mentor offers encouragement as the graduate student completes the annual Abilities Transcript and facilitates the experiences and professional skills development essential for a broad set of career paths.

Acknowledgement: This document was adopted from the AAMC's Compact Between Biomedical Graduate Students and Their Research Advisors, January 2017

Responsibilities & Expectations of UMSOP Pharmacy Administration Department Graduate Students (Mentee)

- **I acknowledge that mentorship is a reciprocal relationship and that I must do my part to maintain it.** This relationship will provide the necessary supports to ensure that I am successful in my graduate program.
- **I acknowledge that I have the primary responsibility for the successful completion of my degree.** I will be committed to my graduate education and will demonstrate this by my efforts in the classroom, the research workspace, and all other related academic and professional activities. I will maintain a high level of professionalism, self-motivation, initiative, engagement, scientific curiosity, and ethical standards, including complying with institutional and research group standards for contributing to an inclusive research environment.
- I will meet regularly with my developmental mentor to provide updates on the progress and results of my course work, research, and professional and career development activities. **I will be responsible for reaching out and scheduling these meetings with my development mentor.**
- **I will be a good citizen.** I agree to take part in shared research responsibilities and will use department resources carefully and frugally. I will maintain a safe and clean work space. I will be respectful of, tolerant of, and work collegially with all department personnel. I will be an active contributing member to all team efforts and collaborations and will respect individual contributions. I will also contribute to an environment that is safe, equitable, and free of harassment.
- I will demonstrate respect for all individuals without regard to age, sex, gender, race, color, national origin, religion, disability or sexual orientation, and I will cultivate a culture of inclusivity within and outside the department.
- I will be knowledgeable of the policies and requirements of my graduate program, graduate school, and institution, such as policies on work hours, medical leave, and vacation, policies on authorship, and policies on attendance at professional meetings. I will commit to meeting these requirements in the appropriate time frame and will abide by all institutional policies and procedures.
- I will attend and actively participate in seminars, thesis/dissertation proposals/defenses, journal clubs that are part of my educational program, as my schedule allows. To enhance research, leadership, and additional professional skills, I will seek out other enrichment opportunities, such as participation in professional organizations and meetings, student representation on institutional committees, and coordination of departmental events.

2

- **I will be knowledgeable of all institutional research policies.** I will comply with all institutional safety practices and human-research policies. I will participate in my institution's Responsible Conduct of Research Training Program and practice the guidelines presented therein while conducting my research. I will also seek input on and comply with institutional policies regarding my research design and data analysis.
- **I acknowledge that I have the primary responsibility for the development of my own career.** I recognize that I need to explore career opportunities and paths that match and develop my individual skills, values, and interests to achieve my desired career goals. I understand that I should use the Abilities Transcript and the Individual Development Plan to help me define my career goals and develop my training plan. I will seek guidance throughout my graduate education from my developmental mentor, thesis/dissertation advisor, academic advisor, career counseling services, thesis/dissertation committee, other mentors, and any other resources that can offer advice on career planning and the wide range of career opportunities available.

Responsibilities & Expectations of Developmental Mentor

- I acknowledge that mentorship is a reciprocal relationship and that I must do my part to maintain it. Throughout the graduate student's time in our program, I will be supportive, equitable, accessible, encouraging, and respectful. I will foster the graduate student's professional confidence and encourage intellectual development, critical thinking, curiosity, and creativity. I will continue my interest and involvement as the student moves forward into a career.
- I will be committed to meeting one-on-one with the student on a regular basis. I will regularly review the student's progress and provide timely feedback and goal-setting advice.
- I will facilitate an environment that is intellectually stimulating, emotionally supportive, safe, equitable, and free of harassment.
- I will demonstrate respect for all graduate students as individuals without regard to age, sex, gender, race, color, national origin, religion, disability or sexual orientation, and I will cultivate a culture of inclusivity among the entire department.
- I will not require the graduate student to perform tasks that are unrelated to the training program and professional development.
- I will expect the graduate student to share common graduate student responsibilities and use resources carefully and frugally.
- I will discuss with the student intellectual policy issues regarding disclosure, patent rights, and publishing research discoveries.

3

- I will expect the graduate student to abide by policies and requirements of the graduate program, graduate school, and institution. These policies include but are not limited to policies on work hours, medical leave, and vacation, policies on authorship, and policies on attendance at professional meetings. I will encourage the graduate student to discuss these policies with appropriate advisors.

- I will encourage the graduate student to attend and present their research at a minimum of one scientific/professional meeting.

- I will promote the training of the graduate student in professional skills needed for a successful career. These skills include but are not limited to oral and written communication, grant writing, management and leadership, collaborative research, responsible conduct of research, teaching, and mentoring. I will encourage the student to seek opportunities to develop skills in other areas, even if not specifically required by the student's program. I will also encourage the graduate student to seek input from multiple mentors such as their thesis/dissertation advisor and teaching/research assistantship advisor.

- I will facilitate an environment in which the student can discuss and explore career opportunities and paths that match their skills, values, and interests and be supportive of their career path choices. I will be accessible to give advice and feedback on career goals.

- I will work with the student on their Abilities Transcript and Individual Development Plans to help define career goals and identify training milestones.

By signing this document, the developmental mentor and the graduate student agree to each other's responsibilities and expectations.

_[signature]_ 7/19/2024

Graduate Student (Mentee) Signature & Date

_[signature] Jiran Huang_ 7/19

Developmental Mentor (Mentor) Signature & Date

4

# Agreement Between University of Mississippi School of Pharmacy (UMSOP), Pharmacy Administration Department Graduate Students and Their Developmental Mentors

Predoctoral training entails both formal education in a specific discipline and research experience in which the graduate student trains under the supervision of one or more advisors who will mentor the student throughout graduate school. A positive mentoring relationship between the predoctoral student and the developmental mentor is a vital component of the student's preparation for future careers and mentoring roles.

Individuals who pursue a graduate degree are embarking on a path of lifelong learning and are therefore expected to take responsibility for their scientific and professional learning and development from the onset. Graduate students must be in charge and take ownership of their progress through the graduate program. This means seeking guidance and knowledge regarding course requirements, program requirements, policies, and procedures.

Investing deeply in mentoring relationships is one way to take ownership of your journey from consumer to producer of knowledge. Mentoring is defined as:

> a process for the informal transmission of knowledge, social capital, and psychosocial support perceived by the recipient as relevant to work, career, or professional development; mentoring entails informal communication, usually face-to-face and during a sustained period of time, between a person who is perceived to have greater relevant knowledge, wisdom, or experience (the mentor) and a person who is perceived to have less (the protégé). (Bozeman and Feeney, 2007, p. 731)

Mentoring offers the psychological/emotional support, support for setting goals and establishing a career path, support for developing academic knowledge, and access to experience and guidance that can bolster students' sense of self-efficacy (Crisp and Cruz, 2009). Mentorship is positively correlated with success in post-secondary educational settings (Edney, 2019) and can prove instrumental to maximizing opportunities to develop key skills needed to be successful in post-graduate study (Chaparro and Cyrus, 2022). Mentors provide guidance on and knowledge about course requirements and program requirements, policies, and procedures, and will be essential partners in helping you to develop your Individual Development Plans.

Faculty developmental mentors are expected to serve as a scientific and professional role model for the graduate student. In addition, the mentor offers encouragement as the graduate student completes the annual Abilities Transcript and facilitates the experiences and professional skills development essential for a broad set of career paths.

Acknowledgement: This document was adopted from the AAMC's Compact Between Biomedical Graduate Students and Their Research Advisors, January 2017

**Responsibilities & Expectations of UMSOP Pharmacy Administration Department Graduate Students (Mentee)**

- **I acknowledge that mentorship is a reciprocal relationship and that I must do my part to maintain it.** This relationship will provide the necessary supports to ensure that I am successful in my graduate program.

- **I acknowledge that I have the primary responsibility for the successful completion of my degree.** I will be committed to my graduate education and will demonstrate this by my efforts in the classroom, the research workspace, and all other related academic and professional activities. I will maintain a high level of professionalism, self-motivation, initiative, engagement, scientific curiosity, and ethical standards, including complying with institutional and research group standards for contributing to an inclusive research environment.

- I will meet regularly with my developmental mentor to provide updates on the progress and results of my course work, research, and professional and career development activities. **I will be responsible for reaching out and scheduling these meetings with my development mentor.**

- **I will be a good citizen.** I agree to take part in shared research responsibilities and will use department resources carefully and frugally. I will maintain a safe and clean work space. I will be respectful of, tolerant of, and work collegially with all department personnel. I will be an active contributing member to all team efforts and collaborations and will respect individual contributions. I will also contribute to an environment that is safe, equitable, and free of harassment.

- **I will demonstrate respect for all individuals without regard to age, sex, gender, race, color, national origin, religion, disability or sexual orientation, and I will cultivate a culture of inclusivity within and outside the department.**

- **I will be knowledgeable of the policies and requirements of my graduate program, graduate school, and institution, such as policies on work hours, medical leave, and vacation, policies on authorship, and policies on attendance at professional meetings.** I will commit to meeting these requirements in the appropriate time frame and will abide by all institutional policies and procedures.

- **I will attend and actively participate in seminars, thesis/dissertation proposals/defenses, journal clubs that are part of my educational program, as my schedule allows.** To enhance research, leadership, and additional professional skills, I will seek out other enrichment opportunities, such as participation in professional organizations and meetings, student representation on institutional committees, and coordination of departmental events.

2

- **I will be knowledgeable of all institutional research policies.** I will comply with all institutional safety practices and human-research policies. I will participate in my institution's Responsible Conduct of Research Training Program and practice the guidelines presented therein while conducting my research. I will also seek input on and comply with institutional policies regarding my research design and data analysis.

- **I acknowledge that I have the primary responsibility for the development of my own career.** I recognize that I need to explore career opportunities and paths that match and develop my individual skills, values, and interests to achieve my desired career goals. **I understand that I should use the Abilities Transcript and the Individual Development Plan to help me define my career goals and develop my training plan.** I will seek guidance throughout my graduate education from my developmental mentor, thesis/dissertation advisor, academic advisor, career counseling services, thesis/dissertation committee, other mentors, and any other resources that can offer advice on career planning and the wide range of career opportunities available.

## Responsibilities & Expectations of Developmental Mentor

- **I acknowledge that mentorship is a reciprocal relationship and that I must do my part to maintain it. Throughout the graduate student's time in our program, I will be supportive, equitable, accessible, encouraging, and respectful.** I will foster the graduate student's professional confidence and encourage intellectual development, critical thinking, curiosity, and creativity. I will continue my interest and involvement as the student moves forward into a career.

- I will be committed to meeting one-on-one with the student on a regular basis. I will regularly review the student's progress and provide timely feedback and goal-setting advice.

- I will facilitate an environment that is intellectually stimulating, emotionally supportive, safe, equitable, and free of harassment.

- **I will demonstrate respect for all graduate students as individuals without regard to age, sex, gender, race, color, national origin, religion, disability or sexual orientation, and I will cultivate a culture of inclusivity among the entire department.**

- I will not require the graduate student to perform tasks that are unrelated to the training program and professional development.

- **I will expect the graduate student to share common graduate student responsibilities and use resources carefully and frugally.**

- **I will discuss with the student intellectual policy issues regarding disclosure, patent rights, and publishing research discoveries.**

3

- **I will expect the graduate student to abide by policies and requirements of the graduate program, graduate school, and institution.** These policies include but are not limited to policies on work hours, medical leave, and vacation, policies on authorship, and policies on attendance at professional meetings. I will encourage the graduate student to discuss these policies with appropriate advisors.

- **I will encourage the graduate student to attend and present their research at a minimum of one scientific/professional meeting.**

- **I will promote the training of the graduate student in professional skills needed for a successful career.** These skills include but are not limited to oral and written communication, grant writing, management and leadership, collaborative research, responsible conduct of research, teaching, and mentoring. I will encourage the student to seek opportunities to develop skills in other areas, even if not specifically required by the student's program. I will also encourage the graduate student to seek input from multiple mentors such as their thesis/dissertation advisor and teaching/research assistantship advisor.

- **I will facilitate an environment in which the student can discuss and explore career opportunities and paths that match their skills, values, and interests and be supportive of their career path choices.** I will be accessible to give advice and feedback on career goals.

- **I will work with the student on their Abilities Transcript and Individual Development Plans to help define career goals and identify training milestones.**

By signing this document, the developmental mentor and the graduate student agree to each other's responsibilities and expectations.

_____

Graduate Student (Mentee) Signature & Date

_____

Developmental Mentor (Mentor) Signature & Date

4