EXHIBIT B - Email Thread on Abilities Transcript (Dr. Yinan Huang, Ehiremen Eriakha <eberiakh@go.olemiss.edu>, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck)

**THE UNIVERSITY OF MISSISSIPPI**

## Developmental meeting for Bennard
34 messages

---

**Yinan Huang** <yhuang9@olemiss.edu>  
To: Yi Yang <yiyang@olemiss.edu>  
Cc: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>

Wed, Jun 11, 2025 at 3:30 PM

Dear Dr. Yang,

Will you be available tomorrow at around 3pm, as Bennard and I have decided to meet tomorrow at around 3pm to discuss about his IDP and Abilities transcript.

So sorry to ask on a short notice. If not, we are also available tomorrow morning at around 11am-1pm.

Thank you for your support in advance.

Yinan

---

**Yinan Huang** <yhuang9@olemiss.edu>  
To: Yi Yang <yiyang@olemiss.edu>  
Cc: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>

Wed, Jun 11, 2025 at 3:31 PM

If not, I am also available on Friday. Thank you Dr. Yang and Bennard in advance.

---

**From:** Yinan Huang  
**Sent:** Wednesday, June 11, 2025 3:30 PM  
**To:** Yi Yang <yiyang@olemiss.edu>  
**Cc:** eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>  
**Subject:** Developmental meeting for Bennard

[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>  
To: Yinan Huang <yhuang9@olemiss.edu>  
Cc: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>

Wed, Jun 11, 2025 at 5:11 PM

Hi Yinan and Bennard,

Sorry that I am not available tomorrow or Friday. I can do next Wednesday, from 9:30 – 4:00.

Thanks, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall
[Quoted text hidden]

---

**Yinan Huang** <yhuang9@olemiss.edu>  Wed, Jun 11, 2025 at 5:20 PM
To: Yi Yang <yiyang@olemiss.edu>
Cc: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>

Thanks Dr. Yang for your replies.
I am also available next Wednesday, from 9:30 – 4:00.

@Bennard, please pick the time that works best for you next Wednesday.

Thanks,

Yinan

---

**From:** Yi Yang <yiyang@olemiss.edu>
**Sent:** Wednesday, June 11, 2025 5:11 PM
**To:** Yinan Huang <yhuang9@olemiss.edu>
**Cc:** eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>
**Subject:** RE: Developmental meeting for Bennard

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Wed, Jun 11, 2025 at 6:51 PM
To: Yinan Huang <yhuang9@olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>

Dear Dr. Huang,

I hope this message finds you well.

I would like to kindly request that we hold our future meetings virtually moving forward. This format will help ensure greater consistency in our communication and allow me to remain fully engaged regardless of location or scheduling constraints.

Thanks for your understanding

Best regards,
Bennard
[Quoted text hidden]

---

**Yinan Huang** <yhuang9@olemiss.edu>  Thu, Jun 12, 2025 at 3:30 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>

Hi Bennard,
Does next Wednesday 1pm work for you? If so, I can update an invite for three of us?

Yinan

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Wednesday, June 11, 2025 6:51 PM
**To:** Yinan Huang <yhuang9@olemiss.edu>
**Cc:** Yi Yang <yiyang@olemiss.edu>
[Quoted text hidden]

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>   Thu, Jun 12, 2025 at 6:02 PM
To: Yinan Huang <yhuang9@olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>

Dear Dr. Huang,

I hope you're doing well.

I wanted to remind you that the deadline for submitting my abilities transcript is June 15th.

I would like to finalize the required forms, so I can ensure timely submission before the deadline.

If you could let me know a convenient time that works for you tomorrow (Friday, 13th June), I will send out a zoom invite accordingly.

Thank you again for your continued guidance and support.

Best regards,
Bennard

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>   Fri, Jun 13, 2025 at 10:13 AM
To: Yinan Huang <yhuang9@olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>

Dear Dr. Huang,

I hope this message finds you well.

I'm writing to kindly follow up on my previous message regarding the June 15th deadline for submitting my abilities transcript, which happens to be a weekend (Sunday)

I would appreciate it if you could let me know a time that works best for you to meet today so we could finalize the required forms to ensure timely submission. I will send out a zoom invitation accordingly as soon as you confirm your availability.

Thank you again for your ongoing support and guidance.

Best regards,
Bennard
[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>   Fri, Jun 13, 2025 at 1:43 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>, Yinan Huang <yhuang9@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>

Hi Bennard,

I believe Dr. Huang has been busy with her own work and may not have checked her emails...

Moving forward, I will serve as your co-developmental mentor with Dr. Huang. For your developmental meeting, let's plan to meet on June 18 at 1:30 PM in Faser 217. I will send a calendar invite soon. Dr. Huang has requested a delay for you to submit your AT and IDP till June 19th earlier this week, and the request was granted.

I am copying Dr. Barnard, our department GPC, on this email for department records.

@Jen Blakley, please reserve Faser 217 for us on June 18 from 1:30 to 2:30 pm. Thanks!

Thanks, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Fri, Jun 13, 2025 at 2:32 PM
To: eriakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Fri, Jun 13, 2025 at 3:26 PM
To: Yi Yang <yiyang@olemiss.edu>
Cc: Yinan Huang <yhuang9@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>

Hi Dr. Yang,

Thank you very much for your email. I appreciate your support and your interest in contributing to my professional development.

Dr. Huang had previously informed me of her intention to meet either yesterday or today and expressed flexibility in meeting virtually. Given this, I am surprised by the sudden change in the developmental mentoring arrangement—particularly since I've already established a positive and constructive rapport with Dr. Huang and have found her guidance both helpful and encouraging.

I reviewed the departmental policies and did not see any provision stating that developmental mentors can be reassigned or restructured without mutual agreement between the mentor and mentee. I would appreciate any clarification you could provide regarding this sudden change.

Lastly, I had already communicated my preferred meeting modality with Dr. Huang, and she had kindly expressed flexibility in accommodating that preference.

Thank you again for your time and guidance.

Best regards,
Bennard

[Quoted text hidden]

---

**Yinan Huang** <yhuang9@olemiss.edu>     Fri, Jun 13, 2025 at 3:53 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>, Yi Yang <yiyang@olemiss.edu>
Cc: Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>

Dear Dr. Yang and Bennard,

I am sorry for the delayed responses.

**I am flexible for all the time proposed. I have accepted the invitation to meet.**

Thank you Dr. Yang and Bennard!

Thanks,

Yinan

---

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Friday, June 13, 2025 3:26 PM
**To:** Yi Yang <yiyang@olemiss.edu>
**Cc:** Yinan Huang <yhuang9@olemiss.edu>; Jen Blakley <jmblakle@olemiss.edu>; Marie Barnard <mbarnard@olemiss.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>     Fri, Jun 13, 2025 at 3:56 PM
To: eriakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>     Fri, Jun 13, 2025 at 4:07 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>
Cc: Yinan Huang <yhuang9@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>

Hi Bennard,

The change in your developmental mentor structure was approved by all tenured faculty recently in the department to support Dr. Huang's professional development as a faculty member.

I just spoke with Dr. Huang, and she confirmed that she planned for your developmental meeting to be in person.

Thanks, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Friday, June 13, 2025 3:27 PM
**To:** Yi Yang <yiyang@olemiss.edu>
**Cc:** Yinan Huang <yhuang9@olemiss.edu>; Jen Blakley <jmblakle@olemiss.edu>; Marie Barnard <mbarnard@olemiss.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Yinan Huang** <yhuang9@olemiss.edu>  Fri, Jun 13, 2025 at 4:45 PM
To: Yi Yang <yiyang@olemiss.edu>, "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>
Cc: Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>

Thanks Dr. Yang for taking a lead in organizing it so well and supporting me and Bennard in the developmental mentor meeting.
Bennard, we look forward to discussing with you in person at Faser 217 on June 18 from 1:30 to 2:30 pm for your developmental mentoring meeting.

Have a good weekend!

Thanks,

Yinan

**From:** Yi Yang <yiyang@olemiss.edu>
**Sent:** Friday, June 13, 2025 4:07 PM
**To:** eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>
**Cc:** Yinan Huang <yhuang9@olemiss.edu>; Jen Blakley <jmblakle@olemiss.edu>; Marie Barnard <mbarnard@olemiss.edu>
**Subject:** RE: Developmental meeting for Bennard

[Quoted text hidden]

---

**Yinan Huang** <yhuang9@olemiss.edu>  Fri, Jun 13, 2025 at 4:53 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>

Hi Bennard,
I am sorry that I missed this message. **Just to clarify, as discussed with Dr. Yang yesterday, the developmental meeting will be preferred as in person meeting.
However, I am flexible for the research meeting to support your publication of IDS RA aim 1 as virtual given the need to share SAS and R coding on the screen.**

Again, I thank you for proactively communicating with me on this and I am apologized if any miscommunication between us yesterday.

Thanks Bennard!

Best regards,

Yinan

---

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Friday, June 13, 2025 10:13 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Fri, Jun 13, 2025 at 6:26 PM
To: eriakha b <eriakhab@gmail.com>

---------- Forwarded message ----------
From: **Yi Yang** <yiyang@olemiss.edu>
Date: Fri, Jun 13, 2025, 4:07 PM
Subject: RE: Developmental meeting for Bennard
[Quoted text hidden]
[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Fri, Jun 13, 2025 at 6:26 PM
To: eriakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Fri, Jun 13, 2025 at 6:28 PM
To: eriakha b <eriakhab@gmail.com>

---------- Forwarded message ----------
From: **Yinan Huang** <yhuang9@olemiss.edu>
[Quoted text hidden]
[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Sat, Jun 14, 2025 at 8:56 AM
To: Yi Yang <yiyang@olemiss.edu>
Cc: Yinan Huang <yhuang9@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, askluck@olemiss.edu

Dear Dr. Yang and Dr. Huang,

Thank you both for your emails and for your ongoing commitment to supporting my academic and professional development.

I would like to respectfully request clarification on two matters concerning the structure and format of the proposed developmental mentoring meeting.

**1. Proposed Change in Mentorship Structure**

I understand from Dr. Yang's recent message that there is a proposal to transition my existing one-on-one developmental mentoring relationship with Dr. Huang into a co-mentoring arrangement. While I recognize and appreciate the department's broader objective of supporting faculty development, I must respectfully express concern that this proposed change was not preceded by any prior discussion or mutual agreement between Dr. Huang and me. Furthermore, I reviewed the departmental policies and did not find any provision stating that developmental mentoring arrangements can be restructured without mutual agreement between the mentor and mentee. In light of this, I would be grateful for clarification regarding the policy basis guiding this decision.

Mentor-mentee agreements—such as the one formally signed by Dr. Huang and me—are **bilateral** arrangements grounded in mutual consent, confidentiality, trust, psychological safety, and clearly defined roles. The intent of our agreement was to create a dedicated, individualized, and safe space to support my professional development.

The introduction of a co-mentor at this stage—particularly without my prior input—constitutes a **unilateral** modification of the existing agreement. As a student and contractual party to that agreement, I believe I retain the right to help define the terms of my engagement and to set appropriate boundaries regarding who participates in meetings specifically designed to support my academic and professional growth.

While I understand that the proposed adjustment may be intended to support Dr. Huang's professional development, this rationale does not override my right to a safe, supportive, and non-coercive mentoring environment. Nor does it justify bypassing my agency or compromising the autonomy that is fundamental to effective mentorship. Faculty development objectives—however valid—should be pursued independently of student-focused mentorship sessions and should not encroach upon agreements built on mutual trust and consent.

Accordingly, and in the absence of any formal policy supporting such restructuring, I respectfully request that the original one-on-one mentoring arrangement be preserved in full—consistent with widely accepted standards of ethical, student-centered mentoring.

## 2. Meeting Modality Preference

During a virtual meeting with Dr. Huang on Thursday, June 12, 2025, she expressed clear flexibility and a willingness to accommodate my preference for conducting our developmental mentoring meeting virtually. However, during the course of that meeting, Dr. Yang entered Dr. Huang's office and indicated that the meeting must be held in person. This directive was conveyed without any accompanying reference to relevant departmental or institutional policy.

I would like to respectfully reiterate my original request for a virtual meeting format. If there is a formal policy—either at the departmental or university level—that mandates in-person developmental mentoring meetings, I would appreciate the opportunity to review that documentation. In the absence of such a policy, I believe it is both reasonable and appropriate for my request to be honored, particularly in light of the flexibility already extended by Dr. Huang and the effectiveness of prior virtual interactions.

Mentoring is most effective when it is collaborative, supportive, and responsive to the mentee's expressed preferences and needs. Imposing an in-person format without clear justification or mutual agreement risks compromising psychological safety and may diminish the openness and quality of the mentoring exchange.

Accordingly, I respectfully request that our upcoming meeting proceed in a virtual format, consistent with both my expressed preference and Dr. Huang's prior flexibility.

In conclusion, I remain fully committed to engaging constructively in the developmental mentoring process. I am hopeful that we can uphold both the structure and spirit of ethical mentoring—anchored in transparency, collaboration, and respect for student agency.

Thank you again for your time and continued support.

Best regards,
Bennard Eriakha
[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Sun, Jun 15, 2025 at 8:57 AM
To: eriakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>  Mon, Jun 16, 2025 at 2:20 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>
Cc: Yinan Huang <yhuang9@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>

Hi Bennard,

The developmental mentor for PHAD graduate students is assigned by the department chair. Dr. Huang and I look forward to meeting with you in person on Wednesday, 6/18, at 1:30 pm in Faser 217.

[Quoted text hidden]

---

**Yinan Huang** <yhuang9@olemiss.edu>　　　　　　　　　　　　　　　　　　　　　Mon, Jun 16, 2025 at 2:50 PM
To: Yi Yang <yiyang@olemiss.edu>, "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>
Cc: Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>

Dear Dr. Yang,

Thank you very much for your kind responses.

I look forward to meeting with you and Bennard in person this Wednesday, June 18th, at 1:30 PM in Faser 217.

Warm regards,

Yinan

---

**From:** Yi Yang <yiyang@olemiss.edu>
**Sent:** Monday, June 16, 2025 2:20 PM
**To:** eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>
**Cc:** Yinan Huang <yhuang9@olemiss.edu>; Jen Blakley <jmblakle@olemiss.edu>; Marie Barnard <mbarnard@olemiss.edu>; John P Bentley <phjpb@olemiss.edu>; Annette Kluck <askluck@olemiss.edu>
**Subject:** RE: Developmental meeting for Bennard

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>　　　　　　　　　　　　　　　　Mon, Jun 16, 2025 at 3:16 PM
To: eriakha b <eriakhab@gmail.com>

---------- Forwarded message ----------
From: **Yi Yang** <yiyang@olemiss.edu>
Date: Mon, Jun 16, 2025, 2:20 PM
Subject: RE: Developmental meeting for Bennard
[Quoted text hidden]
[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>　　　　　　　　　　　　　　　　Mon, Jun 16, 2025 at 3:16 PM
To: eriakha b <eriakhab@gmail.com>

---------- Forwarded message ----------
From: **Yinan Huang** <yhuang9@olemiss.edu>
Date: Mon, Jun 16, 2025, 2:50 PM
Subject: Re: Developmental meeting for Bennard
To: Yi Yang <yiyang@olemiss.edu>, eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>
[Quoted text hidden]
[Quoted text hidden]

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Mon, Jun 16, 2025 at 4:05 PM
To: Yi Yang <yiyang@olemiss.edu>
Cc: Yinan Huang <yhuang9@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>

Hi Dr. Yang,

Thank you for your response.

I would like to note that the specific concerns outlined in my previous email were neither acknowledged nor addressed. I believe these concerns merit thoughtful consideration, and I respectfully reiterate the importance of engaging with them directly.

I remain committed to participating in the developmental mentoring process constructively and collaboratively, in alignment with university policy, professional standards, and ethical academic practice.

I trust that the concerns I have raised will be addressed in good faith.

Best regards,
Bennard Eriakha

[Quoted text hidden]

---

**Yinan Huang** <yhuang9@olemiss.edu>  Wed, Jun 18, 2025 at 1:38 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>, Yi Yang <yiyang@olemiss.edu>
Cc: Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>

Hi Bennard,
I am just checking if everything is okay with you.

Dr. Yang and I have been in the room Faser 217 for your developmental meeting. Will you be coming or not?

Thanks,

Yinan

---

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Monday, June 16, 2025 4:05 PM
**To:** Yi Yang <yiyang@olemiss.edu>
[Quoted text hidden]

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Wed, Jun 18, 2025 at 4:23 PM
To: eriakha b <eriakhab@gmail.com>

---------- Forwarded message ----------
From: **Yinan Huang** <yhuang9@olemiss.edu>
Date: Wed, Jun 18, 2025, 1:38 PM
Subject: Re: Developmental meeting for Bennard
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>, Yi Yang <yiyang@olemiss.edu>
Cc: Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Tue, Jun 24, 2025 at 10:01 AM

To: Yi Yang <yiyang@olemiss.edu>
Cc: Yinan Huang <yhuang9@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>

Hi Dr. Yang,

I hope you are doing well. I'm writing to follow up on my June 16 email regarding two unaddressed concerns:

1. The proposed transition of my existing one-on-one developmental mentoring relationship with Dr. Huang into a **co-mentoring** arrangement—initiated without prior discussion, mutual agreement, or my input—which raises serious concerns about my right to a **safe, supportive, and non-coercive** mentoring environment, as well as my agency and autonomy in this process.

2. The attempt to **impose** an in-person meeting format between me and my developmental mentor despite our previously agreed-upon virtual arrangement, which was based on a collaborative and mutually respectful decision aligned with my expressed preferences and needs.

Resolution of these concerns directly impacts my ability to proceed with the developmental mentoring process, including meeting with my mentor and completing the Abilities Transcript. The Graduate Program Coordinator (copied here) has recently followed up regarding this form, and I remain eager to move forward in a timely and informed manner—**within a mentoring environment that is respectful, student-centered, and aligned with institutional expectations.**

Thank you for your time and consideration.

Best regards,
Bennard Eriakha
[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>　　　　　　　　　　　　　　　　Tue, Jun 24, 2025 at 10:02 AM
To: erlakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Annette Kluck** <askluck@olemiss.edu>　　　　　　　　　　　　　　　　　　　　Tue, Jun 24, 2025 at 4:11 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>
Cc: Yinan Huang <yhuang9@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, Yi Yang <yiyang@olemiss.edu>

Hi Barnard,

I hope you are well. I met with the chair and GPC today. The change in the mentor structure is appropriate as outlined in the information provided by Dr. Yang.

Best,

**Annette S. Kluck, Ph.D. (she/her)**

Dean of the Graduate School

Professor, Leadership and Counselor Education

GRADUATE SCHOOL

The University of Mississippi

P.O. Box 1848

University, MS 38677-1848

USA

O: 662-915-7474  F: 662-915-6557

askluck@olemiss.edu


Licensed Psychologist, AL #1533

Associate Editor, Psychology of Women Quarterly

https://journals.sagepub.com/home/pwq

Fellow Status, American Psychological Association, Division 35: Society for the Psychology of Women


Interested in giving to the Graduate School at The University of Mississippi? Please visit https://nowandever.olemiss.edu/schools-and-units/the-graduate-school/.

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  
To: eriakha b <eriakhab@gmail.com>

Tue, Jun 24, 2025 at 4:12 PM

[Quoted text hidden]

---

**Marie Barnard** <mbarnard@olemiss.edu>  
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>  
Cc: Yi Yang <yiyang@olemiss.edu>

Tue, Jun 24, 2025 at 4:34 PM

Hi Bennard,

I appreciate being copied on this email. Please see the email I sent you yesterday. As I noted in that email, we need your Abilities Transcript for the discussion at the faculty retreat that begins Thursday morning. Submission of the Abilities Transcript is a program requirement. As is indicated in our Department Policies and Procedures Guide, reappointment for assistantship is contingent on several factors including a student's performance and progress. If you do not submit this by end of business tomorrow, June 25, 2025, the faculty will not have this to guide their discussion of your performance and progress. I encourage you to please submit your Abilities Transcript.

Thank you,  
mb

**Marie Barnard, Ph.D.**  
*Associate Professor of Pharmacy Administration*  
*Research Associate Professor in the Research Institute of Pharmaceutical Sciences*  
*Associate Professor of Public Health*  
*Graduate Program Coordinator, Pharmacy Administration*  
**Department of Pharmacy Administration**  
**University of Mississippi**  
mbarnard@olemiss.edu | www.olemiss.edu

---

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>  
**Sent:** Tuesday, June 24, 2025 10:01 AM  
[Quoted text hidden]

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Tue, Jun 24, 2025 at 4:37 PM
To: eriakha b <eriakhab@gmail.com>

---------- Forwarded message ----------
From: **Marie Barnard** <mbarnard@olemiss.edu>
Date: Tue, Jun 24, 2025, 4:34 PM
Subject: Re: Developmental meeting for Bennard
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>

[Quoted text hidden]