# M Gmail

*EXHIBIT E — Email Thread on Abilities Transcript*

eriakha b <eriakhab@gmail.com>

## Fwd: Abilities Transcript notice
10 messages

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
To: eriakha b <eriakhab@gmail.com>

Mon, Jun 30, 2025 at 2:05 PM

---------- Forwarded message ----------
From: **Marie Barnard** <mbarnard@olemiss.edu>
Date: Mon, Jun 30, 2025, 2:00 PM
Subject: Abilities Transcript notice
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>


Dear Bennard,
Your Abilities Transcript has not been submitted by the deadline. Please see that attached memo regarding this deficiency and required remediation.
Thank you,
mb

**Marie Barnard, Ph.D.**
*Associate Professor of Pharmacy Administration*
*Research Associate Professor in the Research Institute of Pharmaceutical Sciences*
*Associate Professor of Public Health*
*Graduate Program Coordinator, Pharmacy Administration*
**Department of Pharmacy Administration**
**University of Mississippi**
mbarnard@olemiss.edu | www.olemiss.edu

📎 **Bennard Eriakha Memo RE ABT June 30 2025.pdf**
91K

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
To: eriakha b <eriakhab@gmail.com>

Sat, Jul 19, 2025 at 11:57 AM

---------- Forwarded message ----------
From: **Yi Yang** <yiyang@olemiss.edu>
Date: Fri, Jul 18, 2025, 5:48 PM
Subject: RE: Abilities Transcript notice
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, Yinan Huang <yhuang9@olemiss.edu>


Dear Bennard,


I am writing to follow up regarding the submission of your Abilities Transcript (AT). As of today, we have not yet received your AT.

We understand that you may have concerns regarding the AT process. However, please be advised that annual submission of the AT is a mandatory requirement for all students in our program. To ensure compliance with program requirements, please contact your Development Mentors, Dr. Yinan Huang (copied on this email) and myself, to schedule a meeting, complete, and submit your AT by **August 15, 2025.** Please be aware that failure to do so will result in a formal recommendation to the Graduate Dean for a change of your status to provisional status.

Please let me know if you have any questions.

Thanks, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>    Sat, Jul 19, 2025 at 3:31 PM
To: eriakha b <eriakhab@gmail.com>

---------- Forwarded message ---------
From: **Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
Date: Sat, Jul 19, 2025 at 3:31 PM
Subject: Re: Abilities Transcript notice
To: Yi Yang <yiyang@olemiss.edu>
Cc: Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, <provost@olemiss.edu>, Yinan Huang <yhuang9@olemiss.edu>, <jasimmon@olemiss.edu>

Hi Dr. Yang,

Thank you for your email.

As communicated previously, I remain fully committed to completing all academic requirements, including submission of the Abilities Transcript (AT).

However, as you acknowledged in your email, I have raised serious and ongoing concerns about the structure, format, and procedural integrity of the AT process—concerns that remain unresolved despite having been formally communicated to departmental and university leadership.

**These concerns specifically include:**

1. Documented objections to the **unilateral restructuring** of my **signed** developmental mentoring agreement,

2. The **imposition** of an in-person meeting format, and

3. The **ethical implications** of completing the AT under conditions that compromise **trust, psychological safety, transparency, student agency,** and **ethical mentoring.**

In light of your acknowledgment of these concerns, could you help me understand why, instead of addressing these concerns, the department issued a disciplinary memorandum on June 30 that included threatened sanctions—even though the concerns were raised in good faith and have remained unresolved?

Specifically:

1. *What departmental or university policy permits the restructuring of a signed one-on-one mentoring agreement by a third party without mutual consent from both mentor and mentee?*

2. *What policy authorizes the mandatory imposition of in-person meetings absent a documented institutional policy or a mutually agreed-upon rationale between student and assigned mentor?*

I respectfully request written clarification on both points.

Additionally, **new concerns** arose during a recent Zoom research meeting (dated July 17, 2025) with Dr. Huang, my assigned developmental mentor.

Dr. Huang subsequently sent a follow-up email (dated July 17, 2025) that **omitted critical context** and created the **misleading impression** that my concerns had been fully discussed and resolved. In reality, the core issues remain unresolved, and aspects of our conversation have given rise to **additional concerns**.

Because Dr. Huang's July 17 email is now part of the institutional record—particularly given my pending formal complaint—it is essential that the full context of that meeting be accurately represented. To ensure the record remains transparent, complete, and continuous, I will provide a complete account of our conversation, including new concerns arising from that meeting, within the same email thread where my initial concerns were formally documented.

Lastly, since Dr. Huang is copied here, I would like to clarify one point for the record, as I have not yet received a response to the question I sent directly to Dr. Huang's email following our meeting.

Dr. Huang, *during our Zoom meeting on July 17, the only participants present were you and me—correct?* At least, *that was clearly the impression you conveyed to me.* If this understanding is mistaken, I would appreciate your clarification.

For reference and continuity, I have re-attached the June 30, 2025, memorandum, along with my formal response submitted on July 9, 2025, which outlines my documented concerns and proposed remedies in detail.

Thank you once again for your time and attention to this matter.

Sincerely,
Bennard
[Quoted text hidden]

---

**3 attachments**

📎 **Bennard Eriakha Memo RE ABT June 30 2025 (1).pdf**
91K

📎 **09_07_25 ~ Response Abilities Transcript Threats (Bennard) (1).pdf**
283K

📎 **University of Mississippi Mail - Developmental meeting for Bennard (1).pdf**
570K

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>　　　　　　　　　　　　　　　　Mon, Jul 21, 2025 at 11:16 AM
To: eriakha b <eriakhab@gmail.com>

---------- Forwarded message ----------
From: **Yinan Huang** <yhuang9@olemiss.edu>
Date: Mon, Jul 21, 2025, 11:15 AM
Subject: Re: Abilities Transcript notice
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>, Yi Yang <yiyang@olemiss.edu>
Cc: Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, provost <provost@olemiss.edu>, Jennifer A Simmons <jasimmon@olemiss.edu>

Hi Bennard,

Sorry for my late reply. Yes, it was only you and I whom were participated in your Zoom meeting.

Thanks,

Yinan

---

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Saturday, July 19, 2025 3:31 PM
**To:** Yi Yang <yiyang@olemiss.edu>
**Cc:** Noel E Wilkin <nwilkin@olemiss.edu>; Marie Barnard <mbarnard@olemiss.edu>; Annette Kluck <askluck@olemiss.edu>; provost <provost@olemiss.edu>; Yinan Huang <yhuang9@olemiss.edu>; Jennifer A Simmons <jasimmon@olemiss.edu>
**Subject:** Re: Abilities Transcript notice

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
To: eriakha b <eriakhab@gmail.com>

Mon, Jul 21, 2025 at 11:51 AM

---------- Forwarded message ----------
From: **Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
Date: Mon, Jul 21, 2025 at 11:50 AM
Subject: Re: Abilities Transcript notice
To: Yinan Huang <yhuang9@olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>, Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, provost <provost@olemiss.edu>, Jennifer A Simmons <jasimmon@olemiss.edu>

Hi Dr. Huang,

Thank you for confirming that only you and I **participated** in the July 17 Zoom meeting.

For context, that meeting is part of a recurring weekly research session typically attended by three individuals: you, Dr. Yang, and myself.

While Dr. Yang did not attend on July 17, there were still three accounts logged into the Zoom session: my own, and two accounts under your name—one of which was not actively participating.

For the sake of accuracy, clarity, and completeness of the institutional record, could you kindly confirm whether anyone else was **present** during that meeting, even if they did not speak or actively participate?

Thank you again for your assistance with this clarification.

Warm regards,
Bennard
[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
To: eriakha b <eriakhab@gmail.com>

Mon, Jul 21, 2025 at 1:36 PM

---------- Forwarded message ----------
From: **Yinan Huang** <yhuang9@olemiss.edu>
Date: Mon, Jul 21, 2025, 1:30 PM
Subject: Re: Abilities Transcript notice
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>

Cc: Yi Yang <yiyang@olemiss.edu>, Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, provost <provost@olemiss.edu>, Jennifer A Simmons <jasimmon@olemiss.edu>

Hi Bennard,

I would like to kindly confirm with you again that, yes, it was only you and I whom were participated in your Zoom meeting on July 17th, last Thursday. Hope it provides clarity.

Thanks,

Yinan

---

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Monday, July 21, 2025 11:50 AM
**To:** Yinan Huang <yhuang9@olemiss.edu>
**Cc:** Yi Yang <yiyang@olemiss.edu>; Noel E Wilkin <nwilkin@olemiss.edu>; Marie Barnard <mbarnard@olemiss.edu>; Annette Kluck <askluck@olemiss.edu>; provost <provost@olemiss.edu>; Jennifer A Simmons <jasimmon@olemiss.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
To: eriakha b <eriakhab@gmail.com>

Mon, Jul 21, 2025 at 2:07 PM

---------- Forwarded message ----------
From: **Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
Date: Mon, Jul 21, 2025 at 2:06 PM
Subject: Re: Abilities Transcript notice
To: Yinan Huang <yhuang9@olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>, Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, provost <provost@olemiss.edu>, Jennifer A Simmons <jasimmon@olemiss.edu>

Hi Dr. Huang,

Thank you for your reply and for confirming once again that only you and I **"participated"** in the July 17 Zoom meeting.

However, the intent of my original question was not to confirm who **"participated,"** but rather to confirm whether anyone else was **"present"** during that meeting—even if they did not speak or actively participate.

I would greatly appreciate your confirmation. Thank you again for your time.

Warm regards,
Bennard
[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
To: eriakha b <eriakhab@gmail.com>

Mon, Jul 21, 2025 at 3:05 PM

---------- Forwarded message ----------
From: **Yinan Huang** <yhuang9@olemiss.edu>
Date: Mon, Jul 21, 2025, 3:04 PM
Subject: Re: Abilities Transcript notice
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>

Cc: Yi Yang <yiyang@olemiss.edu>, Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, provost <provost@olemiss.edu>, Jennifer A Simmons <jasimmon@olemiss.edu>

Hi Bennard,

I would like to kindly confirm with you that only you and I whom were participated in your Zoom meeting on July 17th, last Thursday, and also to confirm with you that no one else was **"present"** during that meeting. Hope it provides clarity.

Thanks,

Yinan

---

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Monday, July 21, 2025 2:06 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
To: eriakha b <eriakhab@gmail.com>

Mon, Jul 21, 2025 at 3:35 PM

---------- Forwarded message ---------
From: **Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
Date: Mon, Jul 21, 2025 at 3:34 PM
Subject: Re: Abilities Transcript notice
To: Yinan Huang <yhuang9@olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>, Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, provost <provost@olemiss.edu>, Jennifer A Simmons <jasimmon@olemiss.edu>

Hi Dr. Huang,

Thank you for the clarification and for confirming that no one else was present during the July 17 Zoom meeting.

I sincerely appreciate your time.

Warm regards,
Bennard
[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>
To: eriakha b <eriakhab@gmail.com>

Tue, Jul 22, 2025 at 5:12 PM

---------- Forwarded message ---------
From: **Annette Kluck** <askluck@olemiss.edu>
Date: Tue, Jul 22, 2025, 4:34 PM
Subject: RE: Abilities Transcript notice
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>, Yi Yang <yiyang@olemiss.edu>
Cc: Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, provost <provost@olemiss.edu>, Yinan Huang <yhuang9@olemiss.edu>, Jennifer A Simmons <jasimmon@olemiss.edu>

Hi Bernard,

I am writing to provide clarification regarding questions you raised in the email below.

First, there are no policies that prohibit program faculty from making changes to mentoring assignments when the faculty deem such changes to be appropriate. In addition, programs can set reasonable expectations about the format of meetings. When a program is a face-to-face full-time program, it is not unreasonable for a program to require students to attend meetings in person, on campus, during regular university business hours.

I also want to be sure that you understand that even when a student has concerns about some aspect(s) of their program, they still need to complete program requirements. As such, I encourage you to complete the Abilities Transcript by the deadline set by the program.

Best,

**Annette S. Kluck, Ph.D. (she/her)**

Dean of the Graduate School

Professor, Leadership and Counselor Education

GRADUATE SCHOOL

The University of Mississippi

P.O. Box 1848

University, MS 38677-1848

USA

O: 662-915-7474  F:662-915-6557

askluck@olemiss.edu


Licensed Psychologist, AL #1533

Associate Editor, Psychology of Women Quarterly

https://journals.sagepub.com/home/pwq

Fellow Status, American Psychological Association, Division 35: Society for the Psychology of Women


Interested in giving to the Graduate School at The University of Mississippi? Please visit https://nowandever.olemiss.edu/schools-and-units/the-graduate-school/.

[Quoted text hidden]