*[Handwritten annotation: Ex. 6 F - Email thread - Do Yinan Huang Attempting to Reframe Meeting]*

**THE UNIVERSITY OF MISSISSIPPI**

Ehiremen Eriakha <eberiakh@go.olemiss.edu>

## Follow-up email about scheduling a developmental mentor meeting
8 messages

---

**Yinan Huang** <yhuang9@olemiss.edu>      Thu, Jul 17, 2025 at 3:44 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>

Hi Bennard,

Thank you again for taking the time to meet with me today.

As I mentioned during our conversation, I will be leaving our department within the next year due to family reasons. It has been a pleasure working with you, and I truly appreciate your dedication and collaboration over the past months.

I have spoken with Dr. Yang regarding this transition. She has been very supportive and has kindly offered to serve as a co-developmental mentor alongside me during this period. **Of note, as I discussed with you during our meeting, please schedule a meeting with Dr. Yang and me in-person before August 15 to complete and submit your signed Abilities Transcript, which is required by the department for all students.** Also, I would like to let you know that given my personal situation, Dr. Yang will assign a new developmental mentor for you after August 15, 2025.

Also, since you prefer to meet via Zoom for your summer research meetings, I will appreciate if your video is turned on to facilitate more effective communication.

Please feel free to reach out if you have any questions or concerns.

Thanks,

Yinan

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>      Thu, Jul 17, 2025 at 4:18 PM
To: eriakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>      Fri, Jul 18, 2025 at 1:08 PM
To: Yinan Huang <yhuang9@olemiss.edu>

Hi Dr. Huang,

Thank you for your follow-up email.

I would like to **clarify** several important points that were either **omitted** or **framed in a way that may create a misleading impression** of our July 17, 2025, discussion.

As you know, the concerns I raised relate to serious and unresolved matters regarding **trust, psychological safety, mutual respect, transparency, student agency, and ethical mentoring**. These concerns have also been previously communicated in writing to the Graduate Program Coordinator, Department Chair, and university leadership.

Unfortunately, your follow-up email omits critical context and conveys the misleading impression that these concerns were fully discussed and agreed upon, when, in reality, the issues remain unresolved. *In fact, our discussion gave rise to additional concerns, which I intend to document fully in the interest of transparency and accuracy.*

Because your email from **July 17, 2025**, now forms part of the institutional correspondence trail, it is essential to ensure that the official record accurately reflects the full context of our conversation—particularly given my formal complaints to departmental and university leadership.

Accordingly, I intend to provide a complete account of our conversation, including new concerns arising from our meeting, within the same email thread where my initial concerns were formally documented. This step is necessary to preserve continuity and to ensure a clear and complete institutional record.

Regarding your concern about my camera usage during Zoom meetings, I appreciate your interest in facilitating effective communication. While I prefer keeping my camera off—*as I've found this format helps me feel more at ease and better supports open and thoughtful dialogue*—I'm happy to turn it on if doing so would indeed facilitate more effective communication from your end.

Lastly, I would like to clarify one point for the record. ***During yesterday's meeting, the only participants present were you and me—correct?*** At least, that was the clear impression I was given. If this understanding is mistaken, I would appreciate any clarification.

Thank you again for your time. I remain committed to pursuing a constructive and principled resolution.

Sincerely,
Bennard
[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>       Fri, Jul 18, 2025 at 1:08 PM
To: eriakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Yinan Huang** <yhuang9@olemiss.edu>       Mon, Jul 21, 2025 at 10:09 AM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>

Sorry for my late reply. Bennard. There are lots of things, good and bad that I am dealing with in my life recently.

Yes, it was only you and I whom were participated in your Zoom meeting.

Please let me know if you have any question.
Thanks,

\

Yinan

---

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Friday, July 18, 2025 1:08 PM
**To:** Yinan Huang <yhuang9@olemiss.edu>
**Subject:** Re: Follow-up email about scheduling a developmental mentor meeting

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>       Mon, Jul 21, 2025 at 10:14 AM
To: eriakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>       Mon, Jul 21, 2025 at 11:55 AM
To: Yinan Huang <yhuang9@olemiss.edu>

Hi Dr. Huang,

Thank you for your reply. I hope you're finding moments of peace and strength amidst any challenges you might currently be navigating. I sincerely appreciate you taking the time to respond, especially given what you shared.

Thank you as well for confirming that only you and **I participated** in the July 17 Zoom meeting.

For context, that meeting is part of a recurring weekly research session typically attended by three individuals: you, Dr. Yang, and myself.

While Dr. Yang did not attend on July 17, there were still three accounts logged into the Zoom session: my own, and two accounts under your name—one of which was not actively participating.

For the sake of accuracy, clarity, and completeness of the institutional record, could you kindly confirm whether anyone else was **present** during that meeting, even if they did not speak or actively participate?

Thank you again for your assistance with this clarification, and I truly hope things improve for you soon.

Warm regards,
Bennard
[Quoted text hidden]

---

**Yinan Huang** <yhuang9@olemiss.edu>　　　　　　　　　　　　　　　　　　　　　　　　Tue, Jul 22, 2025 at 11:15 AM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>

Thanks Bennard.

**From:** Ehiremen Eriakha <eberiakh@go.olemiss.edu>
**Sent:** Monday, July 21, 2025 11:55 AM
[Quoted text hidden]

[Quoted text hidden]