*Pretextual Teaching Assistant Role*

THE UNIVERSITY OF
**MISSISSIPPI**

Ehiremen Eriakha <eberiakh@go.olemiss.edu>

---

## Your TA Team for Fall 2025
3 messages

---

**Alicia S Bouldin** <abouldin@olemiss.edu>                                    Fri, Aug 8, 2025 at 4:57 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>
Cc: Erin Renee Holmes <erholmes@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>

Greetings, Bennard!

I'm following up on my earlier email about the Aug 26 noon TA Orientation with a specific note to you about your TA assignment for this semester.

Each TA this term is assigned both a primary course role, and a secondary proctoring role for a different course. (This is designed to enable two proctors to be available for exams—a need identified by the SOP faculty.) This process is similar to that of the previous year.

- The **primary course** you will be supporting as TA for Fall 2025 is **PHCY 502** (Cardiovascular Module). The team leader, Dr. Jay Pitcock, will reach out to you soon to let you know what the team's expectations are for your course contributions.
- Your **secondary proctoring role** is for **PHCY 581** (Pharmacy Practice Applications/Skills Lab 3). Most of our courses have 3-4 exams, and the exam calendar (available soon) will include dates for exams in both courses you will proctor (primary and secondary). Watch for emails from Dr. Lindsey Miller regarding exam proctoring in that class.

All TAs are responsible for finding their own replacement, if for any reason they cannot complete an assigned task or proctor an exam. You can refer to the **P123 TA Roster** in Box to find contact information for all TAs.

We will go over this and more at our noon 8/26 TA Orientation on Zoom. For the remainder of the semester, other TA seminars will continue to provide professional development and networking. If, as the semester rolls on, you encounter areas in which you perceive that additional TA development is warranted, please contact me and I'll make every effort to bring those topics to the group.

I hope that your Fall TA experiences are rewarding. We appreciate your willingness to assist others in their teaching and learning.

All best,
Alicia

**Alicia S. Bouldin, R.Ph., Ph.D., FAPhA**
Associate Dean for Outcomes Assessment and Learning Advancement
Professor of Pharmacy Administration
The University of Mississippi School of Pharmacy
209 Faser
University, Mississippi 38677-1848

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>                    Fri, Aug 8, 2025 at 5:26 PM
To: eriakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>                    Sat, Aug 9, 2025 at 10:34 AM
To: Alicia S Bouldin <abouldin@olemiss.edu>
Cc: Erin Renee Holmes <erholmes@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>

Hi Dr. Bouldin,

Thank you for the update on my Fall 2025 TA assignment.

I'm glad to support PHCY 502 as my primary course and assist with proctoring for PHCY 581. I'll watch for details from Dr. Pitcock and Dr. Miller, and will review the TA Roster in case coverage is ever needed.

I look forward to the August 26 orientation and to contributing this semester.

Best regards,
Bennard
[Quoted text hidden]