*Exhibit H - Teaching Assistant Coordinator Reach out*

**THE UNIVERSITY OF MISSISSIPPI**

Ehiremen Eriakha <eberiakh@go.olemiss.edu>

## 2025 Exam Proctoring for PHCY 502: CV Module
2 messages

**James J. Pitcock** <jpitcock@umc.edu>  Mon, Aug 18, 2025 at 2:34 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>, "jlhawkin@go.olemiss.edu" <jlhawkin@go.olemiss.edu>
Cc: Jamie Stewart <jastewa7@olemiss.edu>, Noa Valcarcel <mvalcarc@olemiss.edu>, "srearl@olemiss.edu" <srearl@olemiss.edu>, "Seongbong Jo (seongjo@olemiss.edu)" <seongjo@olemiss.edu>, Joseph Dikun <jadikun@olemiss.edu>, Vitor H Pomin <vpomin@olemiss.edu>, "James J. Pitcock" <jpitcock@umc.edu>, "Kayla R. Stover" <kstover@umc.edu>

Greetings Bennard and James,

This is Jay Pitcock, the TL for PHCY 502 CV module. I have been informed that you are going to help with proctoring our exams, so welcome to the team. Not sure how much experience you have with proctoring, so I've outlined the below basic exam procedures in case anyone needs a refresher. The only SOP initiated change for this year is that exams are now Monday instead of Tuesday.

Kayla and I sat down to discuss exam procedures as the ID exam is before ours – as we wanted to be on the same page. She will go over all of this with her module and I will cover it again in orientation, so it should not be a surprise to them.

There are a few other "changes" that we wanted to implement for this year based on some things that happened in the Spring 2025 term. I thing some of these we were supposed to be already doing and we may have already been doing it, but just wanted to make sure.

- It is my understanding that students should be assigned a certain seat via the "scratch paper seating ticket" system. We need to make sure that students are sitting in those seats. With such a small class, they should be able to spread out in the lower section and not sit in the upper level. There should be no reason to go into the upper level.
- We have to look at every student's "green exam uploaded screen" before they are allowed to leave the room at the end of the text. Make sure you check the date or exam name to make sure it's the correct green screen. If they closed it out before we see it, then they can pull up the confirmation screen that will show that it's uploaded.
- I want students to exit the room by one door only – preferably the one on the right side as you face the stage. Not the one at the back of the classroom. It doesn't matter if it's to go potty or leave the exam for good. This will help us with looking at the green screen and lessen the likelihood that students can sneak out without closing Examsoft.
- NO electronics on their person. This is anything – phones, apple watch, air pods or other headphones, Google glasses, Kindle, Ipad, etc. Doesn't matter if it's in their pocket or not, if we discover you have it then exam procedure violation. Not electric noise cancelling things are fine – i.e. ear plugs,

If a student has specific SDS accommodations that conflicts with something above, then we can accommodate that. I can let the proctors know if that is part of the any student's SDS accommodations.

Below are the dates for the 4 exams and the current faculty proctors.

Exam 1 – Monday, 8th

Exam 2 – Monday, 15th

Exam 3 – Monday, 22nd

Exam 4, Monday, 29th

SDS starts at 7:30 in Faser 325 and the rest of the class starts at 8:00 in TCRC. The students will have had one exam already, so hopefully they will be somewhat familiar with the procedure. I will send the exam access information prior to the exam to the designated faculty exam proctors. I will also send out a how many SDS students there are Monday, so you will know how many to expect. I want to wait to the last possible minute in case someone gets approved.

**Day Before the Exam - Gather Supplies** --- Remember the exam is early Monday AM, so this will need to be done Friday.

- Check out the Key for Faser 325 for SDS. (faculty team)
- Check out the Key for TCRC 1000. (faculty team)
- Print 5 copies of the exam just in case there is a tech issue that cannot be resolved. (faculty team)
- Print Seating Tickets to serve as scratch paper. (faculty team)
- Code for SDS Room. (entered by proctor)
- PPT Slide with Code to show at the start of the Exam on the screen in TCRC 1000 for students to see at 7:30 AM.
- Universal Code. (relaunch student exam)
- ExamSoft Support: https://examsoft.com/contact/

### Schedule for Day of Exam, Seating Charts, and Process

### 7:15 AM arrive for SDS Exam for P2 at 7:30 AM

- SDS Proctor and SDS students arrive at a little before 7:30 **AM to get set up**.
- Go to Faser 325.
- Begin at 7:30 AM.
- SDS Proctor manually types into the student computer the code for ExamSoft.
- Have students **call ExamSoft** if they have a tech issue.

### 8:00 AM Exam Prep

- Proctor and students arrive at **7:45 AM to get set up**.
- Go to TCRC 1000.
- Instruct students to turn off cell phones.
- Instruct students to leave backpacks in the atrium.
- Shuffle UMSOP Exam Seating Tickets.
- Hand one UMSOP Exam Seating Ticket to each student.
- Quiet on the set!
- Close the door at **8:00 AM.**
- Proctor waits to give the code at **8:00 AM.**
- Turn on the display at the podium.
- Type in Code on PPT in large font (~100 pt).
- Each student types in the code individually on their own device.
- Have students call ExamSoft if they have a tech issue.
-

### Reminders for Students

- Backpacks and cell phones remain outside the testing room.
- Randomized seating with tickets given out (also used as scratch paper).
- All quiet on the set!
- Engage in original work: Honor Code.
-

### Reminders for Proctors

- Walk the room (active proctoring).
- Refrain from using your cell phone.

- "Do the best you can" response to questions.
- Text/call TL/AC of the course if there is an issue with the exam or an item on the exam.



## Contact ExamSoft

### Telephone

**Sales & Technical Support:**
866.429.8889  or  954.429.8889

**Hours of Operation:** Monday – Friday

8:30am – 8:30pm EST

Please let me know if you have any issues, questions, or concerns.

Jay

Jay Pitcock, Pharm.D., BCPS

Clinical Associate Professor of Pharmacy Practice

The University of Mississippi School of Pharmacy

University of Mississippi Medical Center

2500 North State Street

Jackson, Mississippi 39216

T: (601) 984 – 2794 / F: (601) 984 – 2751

jpitcock@umc.edu

To schedule a meeting:

James J. Pitcock

calendly.com/jpitcock

Individuals who have received this information in error or are not authorized to receive it must promptly return or dispose of the information and notify the sender. Those individuals are hereby notified that they are strictly prohibited from reviewing, forwarding, printing, copying, distributing or using this information in any way.

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>     Tue, Aug 19, 2025 at 7:48 AM
To: "James J. Pitcock" <jpitcock@umc.edu>
Cc: "jlhawkin@go.olemiss.edu" <jlhawkin@go.olemiss.edu>, Jamie Stewart <jastewa7@olemiss.edu>, Noa Valcarcel <mvalcarc@olemiss.edu>, "srearl@olemiss.edu" <srearl@olemiss.edu>, "Seongbong Jo (seongjo@olemiss.edu)" <seongjo@olemiss.edu>, Joseph Dikun <jadikun@olemiss.edu>, Vitor H Pomin <vpomin@olemiss.edu>, "James J. Pitcock" <jpitcock@umc.edu>, "Kayla R. Stover" <kstover@umc.edu>

Hi Dr. Pitcock,

Thank you for providing a detailed overview of the exam procedures and expectations. I have noted the updated policies, exam dates, SDS process, and preparation steps, and I look forward to assisting with proctoring.

Please let me know if there are any additional tasks you would like me to complete in advance.

Best Regards,
Bennard
[Quoted text hidden]