*[Handwritten at top: "EXHIBIT I — Teaching Assistant to Coordinator Reach out (2)"]*



**THE UNIVERSITY OF MISSISSIPPI**

Ehiremen Eriakha <eberiakh@go.olemiss.edu>

## TA Information about PHCY 502: CV Module
2 messages

**James J. Pitcock** <jpitcock@umc.edu>  Mon, Aug 18, 2025 at 1:48 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>, Jamie Stewart <jastewa7@olemiss.edu>, Noa Valcarcel <mvalcarc@olemiss.edu>, Vitor H Pomin <vpomin@olemiss.edu>, "srearl@olemiss.edu" <srearl@olemiss.edu>, "Seongbong Jo (seongjo@olemiss.edu)" <seongjo@olemiss.edu>, Joseph Dikun <jadikun@olemiss.edu>
Cc: "James J. Pitcock" <jpitcock@umc.edu>

Greetings Bennard,

This is Jay Pitcock, the TL for PHCY 502: Integrated CV module. I am dropping a quick note to give you a warm welcome to our module team and give you some brief information, expectations, etc.

I have added you to the Blackboard Ultra course, so you should have access now. Our module will take place from September 2 – 26th. As with all the other modules it will happen in the main auditorium, Monday – Friday from 9:00 to Noon.

We will not have class on Monday, September 1 due to Labor Day Holiday and Friday, September 12 due to PLS Leadership Conference.

Main expectations/duties: make sure that the Zoom is recording lectures, help grade or input graded assignments, help proctor exams, and help facilitation in-class activities as applicable.

If any of the module team will need your assistance with grading or facilitating, they will reach out to you individually with instructions. I found that working directly with them one-on-one makes things more efficient.

We can talk in more detail on Monday, September 2 after/before class. Please let me know ASAP if you have any issues, questions, or concerns.

Again, welcome and looking forward to working with you.

Jay

Jay Pitcock, Pharm.D., BCPS

Clinical Associate Professor of Pharmacy Practice

The University of Mississippi School of Pharmacy

University of Mississippi Medical Center

2500 North State Street

Jackson, Mississippi 39216

T: (601) 984 – 2794 / F: (601) 984 – 2751

jpitcock@umc.edu


To schedule a meeting:

James J. Pitcock

calendly.com/jpitcock


Individuals who have received this information in error or are not authorized to receive it must promptly return or dispose of the information and notify the sender. Those individuals are hereby notified that they are strictly prohibited from reviewing, forwarding, printing, copying, distributing or using this information in any way.

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Tue, Aug 19, 2025 at 7:43 AM
To: "James J. Pitcock" <jpitcock@umc.edu>
Cc: Jamie Stewart <jastewa7@olemiss.edu>, Noa Valcarcel <mvalcarc@olemiss.edu>, Vitor H Pomin <vpomin@olemiss.edu>, "srearl@olemiss.edu" <srearl@olemiss.edu>, "Seongbong Jo (seongjo@olemiss.edu)" <seongjo@olemiss.edu>, Joseph Dikun <jadikun@olemiss.edu>, "James J. Pitcock" <jpitcock@umc.edu>

Hi Dr. Pitcock,

Thank you for the warm welcome and for sharing the details regarding the PHCY 502: Integrated CV module. I appreciate the clarity on expectations and duties, and I look forward to working with you and the rest of the module team.

Thank you again, and I look forward to connecting further on the first day of class.

Best regards,
Bennard
[Quoted text hidden]