EXHIBIT J — Provisional Status Recommendation

---

**Interoffice Memorandum**
**Department of Pharmacy Administration**
**University of Mississippi**

---

**TO:** Ehiremen (Bennard) Eriakha (Student Number 10955677)

**CC:** Yi Yang, Chair

**FROM:** Marie Barnard, Graduate Program Coordinator

**DATE:** August 21, 2025

**SUBJECT:** Recommendation for a Change in Status

On June 30, 2025 I sent you a memo as a warning that you had failed to meet a non-course work academic performance expectation, specifically, the required annual submission of the Abilities Transcript (AT). That memo specified that you could remediate this issue by meeting with your development mentor and submitting your updated Abilities Transcript to the department chair by August 15, 2025. That memo further indicated that failure to do so would result in a recommendation to the Graduate Dean that you have a change of status to provisional status.

Because you have not submitted your Abilities Transcript as of August 21, 2025, this memo serves as formal notice that the Department of Pharmacy Administration is recommending that the Graduate Dean change your admission status to provisional status. As Graduate Program Coordinator I concur with this recommendation. In order to be returned to full standing in the Pharmacy Administration graduate program for the Spring 2026 semester, you must do the following:

1. Meet with your development mentor to complete the Abilities Transcript and submit it to the department chair by September 30, 2025.
2. Meet weekly throughout the Fall semester with your thesis advisor to make progress on your thesis.
3. Successfully complete your Fall 2025 courses.

All of these actions must be completed per the deadlines in each item. Upon completion of all of these actions, I will submit a recommendation to the Graduate Dean that you be returned to full-standing in the graduate program in Pharmacy Administration.