EXHIBIT K — Provisional Status Recommendation

---

**Interoffice Memorandum**
**Department of Pharmacy Administration**
**University of Mississippi**

---

**TO:** Annette Kluck, Dean - Graduate School

**CC:** Ehiremen (Bennard) Eriakha (Student Number 10955677)

Yi Yang, Chair - Department of Pharmacy Administration

**FROM:** Marie Barnard, Graduate Program Coordinator - Department of Pharmacy Administration

**DATE:** August 21, 2025

**SUBJECT:** Recommendation for a Change in Status for Ehiremen (Bennard) Eriakha (Student Number 10955677)

The Department of Pharmacy Administration recommends that the admission status of Ehiremen (Bennard) Eriakha (Student Number 10955677) be changed to provisional status. As Graduate Program Coordinator I concur with this recommendation. In order to be returned to full standing in the Pharmacy Administration graduate program for the Spring 2026 semester, we have asked Bennard to do the following:

1. Meet with his development mentor to complete the Abilities Transcript and submit it to the department chair by September 30, 2025.
2. Meet weekly throughout the Fall semester with his thesis advisor to make progress on his thesis.
3. Successfully complete his Fall 2025 courses.

We requested that all of these actions be completed per the deadlines in each item. Upon completion of all of these actions, I will submit a recommendation to you that Bennard be returned to full-standing in the graduate program in Pharmacy Administration.