*Ex 10a — Graduate Research Assistantship Termination by Dr Yi Yang (Department Chair)*

**THE UNIVERSITY OF MISSISSIPPI**

Ehiremen Eriakha <eberiakh@go.olemiss.edu>

## Assistantship Appointment Letter Status
4 messages

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>　　　　　　　　　　　　　　Tue, Aug 19, 2025 at 9:32 AM
To: Yi Yang <yiyang@olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, Erin Renee Holmes <erholmes@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Alicia S Bouldin <abouldin@olemiss.edu>

Hi Dr. Yang,

I hope this email finds you well.

I am writing to kindly inquire about the status of my assistantship appointment letter for the upcoming Fall 2025 semester. While I have received communication regarding my assigned teaching assistant responsibilities, I have not yet received the official appointment letter from the department.

Could you please provide an update on when I might expect to receive it? Please also let me know if any additional information is needed from me to help facilitate the process.

Thank you very much for your time and assistance.

Best regards,
Bennard

---

**Yi Yang** <yiyang@olemiss.edu>　　　　　　　　　　　　　　　　　　　　　Fri, Aug 22, 2025 at 5:20 PM
To: "eberiakh@go.olemiss.edu" <eberiakh@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, Erin Renee Holmes <erholmes@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Alicia S Bouldin <abouldin@olemiss.edu>

Hi Bennard,

Thank you for reaching out. I regret to inform you that you are not eligible for a graduate assistantship for the Fall 2025 semester due to your provisional status.

As outlined in the Graduate School policies available at https://catalog.olemiss.edu/graduate-school/admission/categories, *"Students admitted in this category are not eligible for graduate assistantships or federal financial aid."*

I understand this may not be the response you were hoping for. However, I encourage you to complete the necessary requirements recommended by our program by the stated deadline to be returned to full standing in the graduate program in Pharmacy Administration.

Thanks, Yi


Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

University of Mississippi School of Pharmacy

662-9151062

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>     Fri, Aug 22, 2025 at 5:25 PM
To: eriakha b <eriakhab@gmail.com>

[Quoted text hidden]

---

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>     Fri, Aug 22, 2025 at 6:08 PM
To: Yi Yang <yiyang@olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, Erin Renee Holmes <erholmes@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Alicia S Bouldin <abouldin@olemiss.edu>

Hi Dr. Yang,

Thank you for letting me know — I really appreciate your response.

Best regards,
Bennard

[Quoted text hidden]