# THE UNIVERSITY OF MISSISSIPPI | Graduate School

*EXHIBIT M — Ratification of Provisional Status by Dr Annette Kluck (Dean of Graduate School)*

August 22, 2025

Dear Ehiremen (Bennard) Eriakha (#10955677),

Your academic program faculty, via the Graduate Program Coordinator, submitted a recommendation to change your admission status to provisional on August 21, 2025.

The relevant policy can be found at https://policies.olemiss.edu/ShowDetails.jsp?istatPara=1&policyObjidPara=11142506. The policy states, "Departments/programs may establish non-course related academic performance expectations...", "The advisor, graduate program coordinator, or department chair must provide reasonable warning to the student, in writing...", and "An appropriate faculty group, which may be the student's advisory committee or the graduate education committee of a department/program, may recommend dismissal or change in the admission status of a student."

Individuals on provision status must complete the requirements to attain full standing within 9 credit hours. Only students in full standing are eligible for an assistantship, federal financial aid, preregistration for enrollment for the next term, and sitting for the comprehensive examination.

Given the requirements within the program handbook and written warning, I support the recommendation of the program faculty to change your enrollment status to provisional. The program has provided the requirements to return to full standing in the memo to you dated August 21, 2025.

I regret that this is likely not the news you were hoping to receive. I wish you well as you complete the requirements outlined by the program.

Sincerely,

Annette S. Kluck, Ph.D.
Dean of the Graduate School
Professor of Leadership and Counselor Education
University of Mississippi

Cc:   Dr. Marie Barnard
      Dr. Yi Yang
      Ms. Robin Wiebe Bourgeois