EXHIBIT O - Differential Treatment in Mentor Assignment

## PHAD Graduate Student Developmental Mentor Assignment – Fall 2025

| Faculty Mentor | Student Mentee |
|---|---|
| **Yang, Yi** | Junnan Qi |
| | *Diamant Gashi* |
| | |
| **Rosenthal, Meagen** | Prachi Prajapati |
| | Arman Arabshomali Mohammad |
| | Shadi Bazzazzadehgan |
| | *James Hawkins* |
| | |
| **Ramachandran, Sujith** | *Natalie Minton* |
| | *Ziqi Guo* |
| | |
| **Huang, Yinan (co-mentor, Yang, Yi)** | Ehiremen (Bennard) Eriakha |
| | |
| | |
| **Holmes, Erin** | Joanne Canedo |
| | Nga Weng (Ivy) Leong |
| | *Keerthana Iyer* |
| | |
| **Bentley, John** | Alfred Omokhodion Eriakha |
| | Ann Kate Meagher |
| | |
| **Barnard, Marie** | Omkar Ghodke |
| | Liang-Yuan (Claire) Lin |
| | Sai Veeramachaneni |