## A. INSTRUCTIONS

This packet contains all of the materials necessary to complete the *Abilities Transcript*. These instructions are designed to provide a brief overview of the process to be followed. More in-depth information is available in the *Abilities Transcript Student Manual* and *Abilities Transcript Faculty Manual*.

A complete *Abilities Transcript* discussion between the student and his or her Development Mentor should take place at least once a year, when it is completed for submission.

Faculty – Preparing for the Abilities Consensus Meeting:
1. Circulate the Student's AT prior to faculty meeting
2. Consolidate comments from the faculty for discussion with the student at the consensus meeting. Refer to *Abilities Transcript Faculty Manual* for assistance in completing these forms.

Student – Preparing for the Abilities Consensus Meeting:
1. Using notes gathered over the course of the year, complete a copy of the *Abilities Transcript* citing evidence of ability acquisition. Refer to the *Abilities Transcript Student Manual* for assistance.
2. Self reflect on your accomplishments over the year and set goals and objectives for the coming year given your current level of accomplishment.

Abilities Consensus Meeting
The purpose of this meeting is to allow the student and Development Mentor to complete the student's *Abilities Transcript* using the information generated and gathered individually. Together the faculty member and student will discuss each ability and the evidence gathered to support the acquisition of each ability. The information gathered individually and the information discussed during the meeting should be used to complete the final version of the student's Abilities Transcript.

After evaluating all of the evidence supporting ability acquisition, the student and faculty member should jointly decide on the level of ability acquisition by completing the Acquisition Summary section of the Abilities Transcript. Once the form is completed, the faculty member and student should each keep a copy and a copy should be given to the Departmental Chairperson by June 15.

## A. DEMOGRAPHICS

| STUDENT'S NAME | UM STUDENT ID NUMBER | DATE OF LAST REVIEW |
|---|---|---|
| DEVELOPMENT MENTOR | DEGREE SOUGHT (MS OR PHD) | TODAY'S DATE |
| TRACK (MKTG/ MGMT OR OUTCOMES) | YEAR YOU JOINED THE PROGRAM | ACADEMIC YEAR COVERED BY THIS REPORT 2023-2024 |

## B. ABILITIES EVIDENCE

DIRECTIONS: This form is designed to guide the self and peer evaluation of the student's acquisition of educational abilities. The student and the faculty member should complete the form individually and then meet to complete the form together (using the individually completed forms.) The jointly completed transcript should be given to the Departmental Chairperson by June 15. Individual transcripts will be kept confidential, and aggregate results will be publicly available.

This form enables the student and the faculty advisor to describe the progress made toward acquiring the educational abilities espoused and taught by the department's faculty. Each student will progress at his or her own pace. This form will enable students to monitor that progress, recognize acquisition of abilities, and set goals for developing their abilities.

For each ability:
    (1)    Use the EVIDENCE space to provide specific examples of ability acquisition. These examples should demonstrate the ability in question. Evidence is critical in determining ability acquisition.
    (2)    Use the ACQUISITION SUMMARY to provide your overall evaluation of ability acquisition for each ability and will assist in determining the Level of Ability Acquisition.

| ABILITY | EVIDENCE |
|---|---|
| 1. SCHOLARLY/PROFESSIONAL COMMUNICATION<br>Communicates effectively to various audiences using a variety of mechanisms regarding concepts and research in pharmacy and healthcare | |
| 2. CRITICAL THINKING AND EVALUATION<br>Thinks critically and objectively analyzes and interprets ideas, concepts, and information that influence pharmacy and healthcare; able to assess various perspectives of a subject matter to achieve better understanding of all inherent issues | |

| | |
|---|---|
| 3. THEORETICAL REASONING<br>Constructs plausible explanations for phenomena that exist in pharmacy and healthcare using theories, conceptual frameworks, and/or other scientific evidence | |
| 4. RESEARCH MANAGEMENT<br>Generates ideas and questions of interest to pharmacy and healthcare that are suitable for research, develops proposals to address those questions, and completes and defends the research conducted to answer the generated research questions | |
| 5. DATA MANAGEMENT<br>Selects appropriate datasets to use; creates and manages datasets | |
| 6. STATISTICAL ANALYSIS<br>Selects appropriate statistical analysis techniques and analyzes data to find answers to research questions | |
| 7. ETHICS<br>Application of professional ethics to research, scholarship, and education; demonstrates ethical conduct including honesty, integrity, accountability, confidentiality, transparency, and respectfulness | |

| | |
|---|---|
| 8. SCHOLARLY AND PROFESSIONAL CITIZENSHIP<br>Provides leadership and service to scientific and professional organizations, both locally and nationally | |
| 9. SELF-REFLECTION<br>Critically evaluates the quality of your own performance in various roles (academic, professional, personal) and in various settings | |

**C. ACQUISITION SUMMARY**

|  | Level 1 | | | Level 2 | | |
|---|---|---|---|---|---|---|
|  | Beg. | Inter. | Adv. | Beg. | Inter. | Adv. |
| 1. Scholarly/Professional Communication |  |  |  |  |  |  |
| 2. Critical Thinking and Evaluation |  |  |  |  |  |  |
| 3. Theoretical Reasoning |  |  |  |  |  |  |
| 4. Research Management |  |  |  |  |  |  |
| 5. Data Management |  |  |  |  |  |  |
| 6. Statistical Analysis |  |  |  |  |  |  |
| 7. Ethics |  |  |  |  |  |  |
| 8. Scholarly and Professional Citizenship |  |  |  |  |  |  |
| 9. Self-Reflection |  |  |  |  |  |  |

ADDITIONAL COMMENTS:

_____

_____

_____

_____

STUDENT'S SIGNATURE: _____ DATE: _____

FOR FIRST AND SECOND YEAR STUDENTS:
PEER MENTOR SIGNATURE (OPTIONAL): _____ DATE: _____

DEVELOPMENT MENTOR'S SIGNATURE: _____ DATE: _____

**D.** **Transcript Worksheet**

Please report the number of indicated activities in which you have been involved. These numbers should include work that you have completed since the last transcript.

*Scholarly/Professional Communication*

1.  Number of Presentations

|  | Local/Regional | National/International |
|---|---|---|
| Posters |  |  |
| Podiums |  |  |
| Invited presentations |  |  |
| Class Presentations/Seminars |  |  |
| Lectures |  |  |
| CE Presentations |  |  |
| Other |  |  |
| **Presentations Total** |  |  |
| **Presentations involving faculty** |  |  |

2.  Number of Publications

|  | Submitted | Published* |
|---|---|---|
| Peer-reviewed pub |  |  |
| Non peer-reviewed pub |  |  |
| Book chapters |  |  |
| Books |  |  |
| Monographs |  |  |
| Newsletters |  |  |
| Editorial |  |  |
| Other |  |  |
| **Publication Total** |  |  |
| **Publications involving faculty** |  |  |

*Each contribution should only appear in one column.

*Research Activity*

|  | Quantity |
|---|---|
| Number of Research Prizes Awarded/Research Awards (e.g., poster presentation award) |  |
| Number of Research Proposals Submitted for Funding |  |
| Number of Research Proposals Funded |  |

*Please list all research proposals funded and your role (PI/ investigator/research assistant, etc)*

1.
2.
3.
4.

*Analysis*

|  | Quantity |
|---|---|
| Number of manuscript reviews conducted for peer-reviewed journals (independently or with a faculty member) |  |
| Number of abstract reviews for professional/scientific conferences |  |

*Scholarly/Professional Citizenship*
*citizenship also includes CE presentations, abstracts/manuscripts reviewed however they are counted above*

|  | Local/Regional | National/International |
|---|---|---|
| Number of association memberships |  |  |
| Number of elected offices held |  |  |
| Number of committee memberships |  |  |
| Conferences attended (Regional or National) |  |  |
| **Citizenship total** |  |  |

*Please circle each organization listed below if you are a member:*
  *ISPOR*
  *PMRG*

*APhA*
*ASHP*

### E. Future Goals and Objectives

Current Academic Year: _____

Goals for the upcoming academic year:

_____

_____

_____

_____

_____

_____

_____

_____

Objectives that will enable accomplishment of your goals:

_____

_____

_____

_____

_____

_____

_____