EXHIBIT Q — Abilities Transcript Guide

# The Abilities Transcript Student Manual

**Version 1.3**
(2012)

**Instrument to Facilitate Graduate Development
Department of Pharmacy Administration
The University of Mississippi**

© 1999, Alicia Bouldin, Noel Wilkin

Developed by:
Alicia Bouldin and Noel Wilkin
The University of Mississippi
School of Pharmacy
Faser Hall
University, MS 38677
(601) 232-7262

The Abilities Transcript is an educational adaptation of an existing model for Performance Appraisal that was used by Eli Lilly and Company.

# WHY ASSESS?

The concept of assessment is often associated with course examinations, project grades, and other tools used to assign "grades" on an end-of-term report or to rank students. When thought of only in those terms, assessment may carry the connotation of "judgment." And while those activities do comprise one way in which assessment is used in higher education today, the value of assessment is being increasingly recognized as a constructive tool, to guide improvement—both personal and institutional.

In order to provide that guidance for continued improvement, expectations must be developed. How will we know if we are on track, unless we have a path delineated and markers of progress along the path?

Each graduate student has the opportunity to choose an individualized course of instruction during his/her tenure as a student in this department. And along those lines, each student will have his/her own expectations regarding the desired outcome of his/her education. "Where am I? Where do I want myself to be in two years? and How well is the department enabling me to arrive at that destination?" These are individualized expectations.

In addition to individual expectations for your own education, the Department has general expectations of every student in the graduate program. These expectations correspond to the core of instruction that has been prescribed by the department. Each student member of the department is expected to develop a set of general abilities. Those abilities are multidimensional attributes, composed of knowledge, skills, and attitudes.

---

**Ability = Knowledge + Skills + Attitude**

The knowledge in the equation above refers not to knowledge in a content area, but in knowledge about the ability being developed (i.e., if communication is the ability in question, it is not the knowledge of the content of a presentation, but the knowledge of the process of communication itself.) Likewise, the skills and attitude referred to apply to the ability itself.

---

The general abilities identified by the Department are *scholarly/professional communication, research, analysis, scholarly/professional citizenship, ethics, theoretical reasoning, and self-reflection*. These abilities are defined in more detail on the **Abilities Transcript** (attached) and in the **Departmental Assessment Record** (on file in the Departmental Office).

These seven abilities may be acquired at differing rates, depending upon student emphasis and progression. While the rate of development through the program may be individual, the department does expect each student to function at a given level (Level 1) upon completion of the Master's curriculum and thesis, and at a more advanced level (Level 2) upon completion of the Doctoral work.

**Self-assessment**
Self-assessment is a valuable tool. If approached properly, it provides the opportunity to be the biggest contributor to your own development. With the pressures that so often accompany our learning environments, few of us have made the time to take a detailed look at our own selves, identifying our strengths and resolving to improve our shortcomings as learners. Self-assessment increases your involvement in your own learning, and can even heighten your awareness of how you learn and how you relate to classroom teaching styles.

You have probably been asked to assess your learning or your development in situations prior to graduate school, although the label "assessment" may not have been attached to many of those situations or activities. Several examples may come from your class experiences, including the "What I Did on My Summer Vacation" and other autobiographical essays. Case studies of ethical dilemmas may have required you to assess your position, reflective of your values. Classroom debates may have encouraged you to evaluate your ability to form a suitable argument before proposing it. You probably reviewed and revised your own papers before submitting them. Or you may have been required to rate your own performance on a group project.

Self-assessment also occurs in formats less structured than classroom activities. You may have written an e-mail message to a friend including dialogue about your study habits ("I always seem to wait until the last minute…"); an innovative idea ("What if we came up with a website to share information about ____?"); or your performance on the tennis court ("I played better this afternoon than I have in several weeks!"). Also, some individuals maintain journals of their thoughts and activities. Recording goals in your iPad or iPhone requires an evaluation of what you have done and what you expect to do. Each of these activities requires a certain amount of self-evaluation and reflection, albeit perhaps not consciously labeled as such.

If you have not yet encountered a need to assess yourself and your abilities, you soon will. Every job interview requires some self-assessment in order to provide the information that your future employer seeks ("What are your strengths? What abilities do you have that would be useful to us as an employer? How will you apply what you have learned to this job?").

Beyond its value to you as an individual student, assessment of your development has direct value the Department of Pharmacy Administration (and thus indirectly to students who follow you in the program).

**Departmental Assessment**
One of the major advantages to the department of your individual assessment is in the contribution to the improvement of coursework. Your input is a valuable evaluation of the effectiveness of the program in aiding students to meet expectations. As you review your own development, you may be able to identify ways in which the department could have better facilitated that development.

Graduate students are highly visible products "manufactured" by the department. Therefore, quality of the department is reflected in the quality of the products generated. Take, as an analogy, an automobile ordered from the factory to customer specifications (color, trim, accessories, etc.). Ideally, each graduate student will be such a product--individualized

according to his/her own expectations, but the sturdy foundation supplied according to core specs will be common to each.

Those products, or students, having gone through each station of the manufacturing process, have a unique opportunity and perspective from which to identify areas for improvement in those stations. (Equating a statistics course with a welding station on an automobile assembly line: "I would feel more solid had my frame been better welded." Or equating a marketing theory course with engine installation: "I could not feel more confident in my ability to understand what creates the driving force. What would the car be without its engine?")

Student contributions to departmental assessment are not disregarded. In fact, they are highly regarded. In the past, student suggestions and assessment of their experiences within the department have led to curricular change, including the deletion of courses that did not add significant value to the experience, addition of courses that provide integral information, and modification of the order in which courses should be taken.

Not only is assessment valuable to the department. It is also mandated of the department by Southern Atlantic Conference Schools (SACS). This and other governing bodies have recognized the need to ensure the value to taxpayers of public education. Therefore, SACS is requiring that value in education be demonstrated through a variety of assessment plans. The University of Mississippi is participating in this assessment for value. Assessment plans for the graduate programs within the School of Pharmacy are individualized by department, and are created by members of each department and submitted for the approval of the University Assessment officials and SACS.

**The Purposes of Timely Assessment**
A single assessment in the form of an exit interview has some value to the department, but the benefit to you as a student is limited. It is much more difficult for the student to redirect efforts or improve on any shortcomings when the graduate experience is already completed. How much more valuable to the individual would be periodic evaluations, allowing any needed changes in direction to occur before traveling for years down a road that is unlikely to satisfy the expectations of the student or the department.

By enabling assessment at the end of every year, this allows you as a student to chart your progress; you can identify where you are and where you have been during the year. It also allows you to provide timely objective feedback that might be useful for immediate improvements in the coursework you have completed.

*Abilities Transcript: Student Manual* – page 3

# THE ABILITIES TRANSCRIPT

The "Abilities Transcript" is one of the chosen tools for assessment within the graduate programs of the Department of Pharmacy Administration. It is not a "grading" instrument, used as a "report card" for passing or failing grades. The graduate experience involves learning and growth in areas much broader than that represented by graded coursework. A tool was needed to aid in fostering that growth and development.

No ideal method of graduate assessment could be found among the models that were identified. Therefore, this instrument was developed by individuals within the Department of Pharmacy Administration, and is based in part on existing industry models designed to evaluate the professional development of employees.

The Abilities Transcript approach to assessment recognizes the uniqueness of each graduate student. How can a reliable and valid measure of development be standardized for graduate education within our department? Every student's experience is different, and those differences are encouraged and celebrated. Your own graduate experience should be tailored to you and your needs. You will find that the Department of Pharmacy Administration is willing extend itself wherever possible to make your graduate experience fit your expectations. Regular assessment through the use of the Abilities Transcript will enable the progressive realization of both your expectations and those of the department.

The Abilities Transcript is not a perfect tool. It has both advantages and disadvantages.

DISADVANTAGES:
- Time involved (both your time and that of the faculty members associated)

ADVANTAGES:
- Input to encourage improvement in departmental offerings (a formal voice)
- Timely feedback from faculty on your performance and their expectations
- Goal-directed guidance of your personal educational program
- Structured management of your graduate "career," enabling you to better get what you want out of your education
- Facilitation of well-rounded professional development
- Learning that occurs through the assessment process itself
- Preparation for curriculum vitae or teaching portfolio

# COMPLETING THE ABILITIES TRANSCRIPT

1. Preparing for the development consultation
   - Assemble (brief descriptions of) collected evidence supporting your development of the core abilities recognized by the department.
   - Obtain a copy of the Abilities Transcript forms, including the Transcript Worksheet, to help you gather information.
   - Review your year's experience, and make an effort to identify areas of professional growth over that time. (Allow yourself to think of areas of growth outside the core abilities. Your graduate experience is likely to include exposures

and experiences that are not necessarily subsumed under those seven abilities described.)
- Identify the core abilities in which you feel you have strengths, and those in which you see opportunities for improvement.
- Review the objectives outlined during your previous development consultation (where applicable). Were they met? If not, why?
- Note any personal goals or objectives that you would like to attain during the next semester, given your current level of accomplishment.

2. Preparing a draft Abilities Transcript
    - Complete a draft copy of the Abilities Transcript, citing evidence of your ability acquisition during the most recent year completed.
    - You should be able to notice progress in your development from semester to semester. This may be reflected in your own "Level assignments" on the Acquisition Summary portion (page 2) of the Abilities Transcript. Level 1 is for Master's Level development, and Level 2 is expected for Doctoral students.
    - The evidence that you include should support your opinion (reflected in your level assignment) of your ability acquisition for this semester. Spend some time in truthful reflection of your year's labors, and be realistic in the assessment of your abilities.
    - The level assignments cannot in all cases be made given easily quantifiable evidence; by nature, the assessment of ability acquisition will involve a significant subjective element. However, the table below may serve as a guide to help you summarize your ability acquisition for the semester:

| Level Assignment | Possible Interpretation |
| --- | --- |
| Beginning | Acquisition of this ability has begun, and is still in its infancy. |
| Intermediate | The evidence available demonstrates an increasing acquisition of this ability, and increasing opportunities to utilize the skills and knowledge contributing to that ability. |
| Advanced | You demonstrate a proficiency in this ability that is conducive to graduation (MS/PhD). Evidence suggests that you have acquired the ability to the extent that satisfactory performance (at Level 1/Level 2) may be anticipated in environments beyond the Departmental setting. |

- Not all abilities are expected to develop at the same rate. There may be semesters when your time management efforts enhance the development of certain abilities but leave others stagnant (ex., a heavy courseload may give you ample opportunity to develop your analytical abilities, but may reduce the time you have available to devote to activities supporting scholarly/professional citizenship).

3. Consultation with Development Mentor (a faculty member of your choice)

    You and your Development Mentor will schedule a consultation meeting at least one week prior to its occurrence.

    In preparation for the consultation, your Development Mentor will complete a copy of an Abilities Transcript evaluation for you--independently of your input, but using input collected from other faculty with whom you have had contact during the year. (If you would like for your Mentor to have input from other sources, such as a summer internship mentor, provide your Mentor with that information.)

    Several steps will occur during the consultation:
    - The two of you will, together, review the evidence (that which you have collected and that from external sources) regarding ability development during the current semester.
    - Discussion will follow, during which levels indicating your current development status for each of the core abilities will be agreed upon. This is a joint decision, and equal contribution on the part of both the Student and the Mentor are expected. Understand that this assessment, which combines both objective and subjective elements, is not a "grade." The level assignments provide evidence of your developmental progress through the course of the graduate program.
    - The level assignments also enable you and your Mentor to see where strengths lie and where improvements may be made — both in yourself, and in the department's delivery of course content.
    - Based on your discussion, the Development Mentor will assist you in the formulation of realistic goals and objectives for the next semester, and develop a tentative plan (on paper) for accomplishing them.

4. File completed Abilities Transcript
    - Retain a copy of your completed Abilities Transcript and your goals statement for your records.
    - Your Development Mentor will also keep a copy and will provide a copy to the department chair, for retention in the Departmental Assessment File that is kept in the Departmental Office.

## SUGGESTIONS FOR YOUR ABILITIES TRANSCRIPT

Don't wait until the last minute to consider your progress and to assemble your evidence. However, do not be intimidated if you do find yourself at the end of the semester without having given it a thought. Procrastinating may necessitate a more concerted effort at the end of the semester; but any time dedicated to your own development is time well-spent.

Keep a "personal" file folder in the front of one of your desk drawers. Throughout the semester, drop things into it that will help you assimilate supporting evidence of your development. Having these items centrally located will also help in the assembly of an updated CV.

Items you might wish to include in the folder:
- Kudos – Throughout the course of the semester, you may receive notes of appreciation, or e-mailed compliments, or letters of commendation for a job well-done. Save them.
- Abstracts – Whether your presentation or article submissions are accepted or not, chances are that you spent a significant amount of time on those efforts.
- Publications – Include published evidence of your written communication skills. These may be journal articles, web pages, newsletters, etc.
- Evidence of involvement – Many graduate students are involved with organizations, local and national (AGSB, ISPOR, PMRG, student chapters of the professional fraternities, APhA, NCPA, etc.).
- Calendar – Filing your calendar pages may help you to remember things that you did, long after you did them.
- Teaching journal entries – Those involved with Teaching Assistant responsibilities may have an opportunity to reflect upon those experiences. Keeping a "teaching journal" (what worked for a topic, what didn't, ideas for next time, etc.) is a good example of reflective self-assessment.
- Slides/handouts from seminar presentations, undergraduate lectures, etc. – These provide documentation of the information that you have shared, and how you have shared it.

Refer to your most recently completed Abilities Transcript periodically (weekly? monthly? it's a personal choice) throughout the semester to keep yourself focused on the goals and objectives set by you and your advisor.

## EXAMPLES OF EVIDENCE

Following are examples of tangible things that might be considered as evidence for each of the core abilities that our department seeks to develop. The examples listed are primarily to give students an idea of items that may qualify; each project, communication, etc. must be considered on an individual basis. Don't get caught up, however, in tallying these quantitative and tangible examples. Learn also to recognize less tangible evidence of your development in these abilities.

DOCUMENTATION will be very helpful in your review. It will also be a useful (perhaps even necessary) practice in virtually any career path you choose. So begin developing the habit of documentation now.

Make notes of your own progress in the identified areas. Your notes need not be extremely detailed (although you may benefit from the details later), as long as they can remind you sufficiently of your discussions, projects, thoughts, etc. to support your opinion of your progress.

The following are ideas or examples of evidence that you can begin collecting. **The lists merely provide suggestions, and are not by any means inclusive.** Many other opportunities exist, as each graduate experience is an intensely personal one.

**Scholarly/Professional Communication**
*Communicates effectively to various audiences using a variety of mechanisms regarding concepts and research in pharmacy and healthcare*

Examples of evidence include:
Oral communication
    Poster, podium, and invited presentations at local, regional, national, and international meetings
    Research seminars and presentation ratings from seminar
    Provide lectures in class
    Presentation of continuing education segment in a live program
    Speeches to student or alumni groups
    Oral comprehensive exam
    Thesis/dissertation defense
    Internship/job interview
Written communication
    Publications (peer-reviewed, non-peer reviewed, book chapters, books, monographs)
    Alumni or practitioner newsletters
    Web pages authored
    Grant proposal
    Abstract submission (writing abstract) and poster development
    Thesis/dissertation prospectus and final
    Written comprehensive exams

**Critical Thinking and Evaluation**
*Thinks critically for the purpose of evaluating and interpreting ideas, concepts, and information that influence the fields of pharmacy and health care; be able to evaluate a subject matter from different perspectives to achieve a better understanding of the issue*

Examples of evidence include:
    Conduct literature review and summarize information about topic
    Review of books or journal articles- peer-review a manuscript
    Condense a broad topic into concise points for discussion in seminar setting
    Justify one's position or perspective
    Compare different philosophies and ideas; including comparing ideals with actual practice
    Develop succinct analogies for describing complex topics (e.g, in an undergraduate lecture)
    Evaluate or critique a research seminar/presentation, abstract, or publication

**Theoretical Reasoning**
*Constructs plausible explanations for phenomena that exist in pharmacy and healthcare using theories, conceptual frameworks, and/or other scientific evidence*

Examples of evidence include:
    Development of a conceptual model or framework for a research project

      Application of theories from healthcare or from other disciplines in research project or proposal
      Coherent participation in theoretical discussions in class or seminar
      Formation of logical arguments rooted in theories
      Interpret and explain study results based on theories or other evidence from the literature
      Propose or explain relationships between study variables based on theories, conceptual frameworks, or other evidence from the literature; perhaps in class, seminar, or written proposal
      Conceptualize a study idea and propose research objectives/hypotheses

**Research Management**
*Generates ideas and questions of interest to pharmacy and healthcare that are suitable for research, develops proposals to address those questions, and completes and defends the research conducted to answer the generated research questions*
*(Note-it is important for students to be able to conduct a research project or participate on a research team. Students must be able to propose a research project at appropriate level of detail, conduct the project, and adapt the plan appropriately as the project progresses.)*

Examples of evidence include:
      Generation of research ideas as course requirements (e.g., conceptual papers)
      Written research proposals
      Research/grant proposals submitted to a funding agency
      Research prizes awarded
      Research projects conducted as PI or co-investigator (e.g., project as a RA, thesis project)
      Participate on a research team and be responsible for a component of the project
      Defense of ideas and methods (e.g., in seminar, in dissertation defense)
      Can explain rationale for research methods utilized
      Can collect data using primary data collection techniques
      Can utilize secondary databases for research; including awareness of databases and ensuring appropriate data use agreements
      Completion of a research project through an independent study

**Data Management**

Examples of evidence include:
      Entering data into database
      Creating and managing datasets
      Knowing sources of data and the strengths and weaknesses of databases
      Demonstrating knowledge of various types of databases
      Data cleaning for a project or a dataset
      Selecting an appropriate data set for answering a research question

**Statistical Analysis**
*analyzes data to find answers to research questions*

Examples of evidence include:
    Looking for patterns in data to improve a program or answer a research question (may include qualitative data analysis)
    Demonstrate use of statistical software in a class project or research project
    Determining which statistical test is most appropriate to conduct to test the hypothesis
    Conducting a statistical analysis
    Testing data assumptions for analysis procedures

### Ethics
*Application of professional ethics to research, scholarship, and education*

Examples of evidence include:
    Discussion of research ethics with faculty members and/or graduate students
    Complete CITI IRB training and other UM training pertaining to research ethics
    Address ethical issue in capacity of teaching assistant (e.g., cheating, discrimination)
    Confront unethical behavior among peers (e.g., in group classwork, data access)
    List of ethical dilemmas explored in context of class or seminar
    Informed ethical decisions you have made
    Including ethical perspective (where appropriate) in lectures
    Completing ethics quiz in research methods course
    Discussion of authorship on a manuscript or abstract with a faculty member from an ethical perspective
    Not engaging in unethical behavior or conduct

### Scholarly and Professional Citizenship
*Provides leadership and service to scientific and professional organizations, both locally and nationally*

Examples of evidence include:
    Association membership
    Participation in student organization activities
    Elected offices held
    Committee service
    Attend discipline business meeting at a professional meeting
    Sharing your learning at association meetings with colleagues who did not attend
    Service to pharmacy student organization as advisor or participation in an event
    Volunteer work in the community
    Provide service to organization (e.g., abstract reviewer, CE presentation)

### Self-reflection
*Critically evaluate the quality of your own performance in various roles (academic, professional, personal) and in various settings*

Examples of evidence include:
    Prepare abilities transcript
    Written record of goals and steps taken toward achievement annually

Research journal (log of steps taken, research ideas, literature search methods)
Teaching assistant journal/teaching journal or portfolio
Evidence of receiving feedback and then working to improve knowledge/skill

**ABILITIES TRANSCRIPT**
Each graduate student has the opportunity to choose an individualized course of instruction during his/her tenure as a student in this department. And along those lines, each student will have his/her own expectations regarding the desired outcome of his/her education. In addition to individual expectations for your own education, the Department has general expectations of every student in the graduate program. These expectations correspond to the core of instruction that has been prescribed by the department.

Each student member of the department is expected to develop a set of general abilities. The general abilities identified by the Department are *scholarly/professional communication, critical thinking and evaluation, theoretical reasoning, research management, data management, statistical analysis, ethics, scholarly and professional citizenship, and self-reflection.* These abilities are defined in more detail on the Abilities Transcript. These nine abilities may be acquired at differing rates, depending upon student emphasis and progression. While the rate of development through the program may be individual, the Department does expect each student to function at a given level (Level 1) upon completion of the Master's curriculum and thesis, and at a more advanced level (Level 2) upon completion of the Doctoral work. The Abilities Transcript is a useful tool for self-assessment. Additionally, the transcript contributes to the Department's graduate program assessment process. The graduate program assessment is mandated by the Southern Association of Colleges and Schools (SACS).

A complete *Abilities Transcript* discussion between the student and his or her Development Mentor should take place at least once a year, when it is completed for submission. Each student is assigned a Development Mentor. The Abilities Transcript should be completed according to the following schedule:

- Student Abilities Transcripts completed and signed by the mentor and student by May 31 every year

Student – Preparing for the Abilities Consensus Meeting:
1. Using notes gathered over the course of the year, complete a copy of the *Abilities Transcript* citing evidence of ability acquisition. Refer to the *Abilities Transcript Student Manual* for assistance.
2. Self-reflect on your accomplishments over the year and set goals and objectives for the coming year given your current level of accomplishment. The goals and objectives should be measurable.

Abilities Consensus Meeting
The purpose of this meeting is to allow the student and Development Mentor to complete the student's *Abilities Transcript* using the information generated and gathered individually. Together the faculty member and student will discuss each ability and the evidence gathered to support the acquisition of each ability. The information gathered individually and the information discussed during the meeting should be used to complete the final version of the student's Abilities Transcript.

After evaluating all of the evidence supporting ability acquisition, the student and faculty member should jointly decide on the level of ability acquisition by completing the Acquisition Summary section of the Abilities Transcript. Once the form is completed, the faculty member and student should each keep a copy and a copy should be submitted to the Department Chair.

For more information about the Abilities Transcript, please refer to the Abilities Transcript Student Manual and the Abilities Transcript Form. These two documents should be provided to students upon entry into the program.

**INDIVIDUAL DEVELOPMENT PLANS**
The purpose of individual development plans (IDP) is to promote the process of self-reflection, assessment, and goal-setting for graduate students in the department. The IDP is a dynamic self-evaluation and career exploration tool that can be used for setting goals for research projects, skills development, and career planning. It is a student's written list of objectives mapped to a timeline. Your IDP should also serve as a framework for discussion between you and your Development Mentor. To be