*Exhibit R — University of Mississippi M-Book (Governing Student Discipline Policies)*

requirements would take effect between semesters or enrollment periods. If a student is dismissed from a graduate program, he or she will be considered a non-degree II student and may re-apply to a graduate program.

## Dismissal or Change in Status Based Upon Failure to Meet Non-Course Work Academic Performance Expectations:

In addition to graded courses, a graduate student is expected to pass examinations and perform research or other creative activities. A student may be dismissed from a graduate program if he or she fails to meet such expectations of the program. Departments/programs may establish non-course related academic performance expectations, such as whether or not a comprehensive examination may be repeated or timelines for research accomplishment or the successful completion of examinations. The advisor, graduate program coordinator, or department chair must provide reasonable warning to the student, in writing, about academic performance deficiencies. Typically, these warnings would occur as part of a periodic review process for students in the program. An appropriate faculty group, which may be the student's advisory committee or the graduate education committee of a department/program, may recommend dismissal or change in the admission status of a student. This recommendation shall be forwarded by the graduate program coordinator or department chair to the Graduate Dean and to the affected student with an indication whether the chair or program coordinator concurs with the faculty recommendation. The Graduate Dean will act on the faculty recommendation and inform the student and the graduate program coordinator or department chair of the action taken. Ordinarily, dismissal or change of status for failure to meet non-course work academic performance expectations would take effect between semesters or enrollment periods. If a student is dismissed from a graduate program, he or she will be considered a non-degree II student and may re-apply to a graduate program.

The Graduate School has also established time limitations for master's, specialist, and doctoral degree programs. Students who do not complete degree requirements within the established time limits will be changed to non-degree seeking II status.

## Dismissal or Change in Status Based Upon Failure to Meet Professional, Ethical, And Behavioral Expectations:

Graduate students are also expected to behave in a collegial manner and to adhere to the professional and ethical standards of the discipline. Students are expected to develop collaborative and collegial relationships with and to work with graduate faculty, students, and other professionals in research, academic, or professional settings. If in the judgment of the appropriate faculty group a student fails to meet the above expectations, or otherwise fails to act in ways that are consistent with the norms and standards of the profession or discipline, an appropriate faculty group may recommend dismissal or change in the admission status of that graduate student. This recommendation shall be forwarded by the graduate program coordinator or department chair to the Graduate Dean and to the affected student, with an indication whether the chair or program coordinator concurs with the faculty recommendation. The Graduate Dean will act on the faculty recommendation and inform the student and the graduate program coordinator or department chair of the action taken. Ordinarily, if a student is dismissed from a graduate program for the above reasons, he or she will be considered a non-degree II student and may re-apply to a graduate program. The judgment of the Graduate Dean may be to prohibit the individual from re-applying to some programs.

Case 3:25-cv-00250-MPM-JMV Doc #: 9-18 Filed: 09/08/25 1 of 1 PageID #: 291