# 2025-2026 POLICIES & PROCEDURES GUIDE

for the

GRADUATE PROGRAMS
of the
DEPARTMENT OF PHARMACY ADMINISTRATION
THE UNIVERSITY OF MISSISSIPPI

Last Major Revision: June 2025
Minor revisions in
August 2018, August 2019, August 2020, August 2021,
December 2021, June 2024, September 2024, June 2025

1

Other Academic Requirements

In addition to the course requirements, each student must participate and complete an orientation to the discipline of pharmacy administration and register for a departmental seminar (PHAD 543/544) each semester (1 credit hour per semester). Each student must pass a comprehensive examination, prepare and successfully defend a dissertation prospectus, and complete and defend his/her dissertation project, which is based on original, independent research.

Notes

Non-pharmacists and international students are encouraged to audit the course in the PharmD program that includes an introduction to the U.S. health care system.

PHAD 698 Non-Thesis Research will consist of a submission ready manuscript for a targeted journal. Project concept and target journal must be approved in advance by the faculty advisor. Final results will be presented in a departmental level seminar. At least two additional faculty members will serve as reviewers.

It is important to note that if an applicant has a Master's degree, he or she may petition in writing to the Department Chair for substitution or waiver of certain courses upon entry into the program. The Faculty will evaluate the request, following the Graduate School policies, and determine which courses, if any, can be waived or substituted. If an applicant has completed a thesis, he or she is asked to provide a copy of the thesis for review to determine whether waiver of PHAD 698 and other courses is acceptable. Substitution or waiver of courses will then be documented on the student's progression form.

## The Comprehensive Examination

The purpose of the Comprehensive Examination is to allow the student to demonstrate the competencies necessary to conduct independent research at the doctoral level. This follows the Graduate School's requirement which indicates that the purpose of this examination is to establish that the student has satisfactorily mastered the body of academic material appropriate to the degree. **The Comprehensive Examination precedes the formal dissertation proposal and follows the completion of required course work.**

The comprehensive examination is given three times annually: January, June, and September (the exam will start the second Monday of each of these months). The student is responsible for coordinating with the GPC/Department Chair to schedule the examination at least two months in advance. The GPC/Department Chair will complete the Authorization to Sit for a Comprehensive Exam Form (Form GS5) and submit it to the Graduate School. This form can be found online on the Graduate School website.

The examination will involve the development of a written exam with knowledge and application questions followed by an oral examination. The student will have one week to complete the written exam independently. The exam will be developed by a committee of faculty members familiar with the student's research interests. The faculty committee will be appointed by the GPC/Department chair. A list of competencies to be demonstrated are listed below.

19