# UNITED STATES DISTRICT COURT

for the

RECEIVED
SEP 08 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Northern District of Mississippi

Oxford Division

| | | |
|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. 3:25-cv-00250 |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| | ) | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) ) | |
| | ) | |
| *Defendant(s)* | | |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

1

Plaintiff Ehiremen Bennard Eriakha, proceeding pro se, respectfully moves this Court for leave to exceed the 35-page limit for supporting memoranda set forth in Local Rule 7(b)(5). In support of this motion, Plaintiff states:

1. Plaintiff has filed a Motion for Preliminary Injunction pursuant to Fed. R. Civ. P. 65.
2. The supporting Memorandum Brief currently extends to 56 pages, exceeding the default page limit.
3. Good cause exists for the additional pages.
4. The motion involves multiple, interrelated claims which are factually and legally complex, requiring thorough treatment to demonstrate likelihood of success on the merits and to satisfy the four Winter factors.
5. The requested relief is extraordinary and time-sensitive, as Plaintiff faces constructive expulsion, loss of F-1 visa eligibility, and irreparable reputational, financial, and psychological harm absent immediate Court intervention.
6. The additional pages are necessary to ensure clarity, precision, and completeness of the record. Plaintiff has made every effort to avoid duplication and limit discussion to issues essential to the preliminary injunction analysis.
7. Granting leave will not prejudice Defendants, who may seek similar leave if needed to respond.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file his 56-page Memorandum Brief in support of his Motion for Preliminary Injunction.

Respectfully submitted,

_[signature]_

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Avenue West, Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

Dated: 09/08/2025

## CERTIFICATE OF SERVICE

I hereby certify that on September 08, 2025, I filed the foregoing Motion with the Clerk of Court.

_/s/ signature_

Ehiremen Bennard Eriakha

Plaintiff, Pro Se