UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Oxford Division

RECEIVED
SEP 08 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No.   3:25-cv-00250 |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| | ) | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) ) | |
| | ) | |
| *Defendant(s)* | | |

**PLAINTIFF'S MOTION TO WAIVE OR REDUCE SECURITY REQUIREMENT UNDER RULE 65(C)**

1

Plaintiff Ehiremen Bennard Eriakha, proceeding pro se and in forma pauperis, respectfully moves this Court to waive or reduce the bond requirement set forth in Rule 65(c) of the Federal Rules of Civil Procedure.

### 1. Rule 65(c) Standard.

Rule 65(c) provides that "the court may issue a preliminary injunction or a temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained." Fed. R. Civ. P. 65(c). Courts, however, have broad discretion to waive or set only a nominal bond, particularly where the injunction serves the public interest or where the plaintiff lacks financial resources.

### 2. Plaintiff's Inability to Pay.

Plaintiff is an F-1 international student who has lost his sole source of income, tuition remission, and health insurance. He is proceeding in forma pauperis and cannot post a bond without foreclosing access to judicial relief.

### 3. Public Interest Considerations.

This action seeks to enforce rights under the U.S. Constitution. Courts have repeatedly recognized that where equitable relief vindicates important public rights, little or no security is required. *City of Atlanta v. Metro. Atlanta Rapid Transit Auth., 636 F.2d 1084, 1094 (5th Cir. 1981)*.

### 4. Requested Relief.

Accordingly, Plaintiff respectfully requests that the Court:

- Waive the security requirement under Rule 65(c); or

2

- In the alternative, impose only a nominal bond (e.g., $1.00).

Respectfully submitted,



Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Avenue West, Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

Dated: 09/08/2025

## CERTIFICATE OF SERVICE

I hereby certify that on September 08, 2025, I filed the foregoing Motion with the Clerk of Court.

Ehiremen Bennard Eriakha

Plaintiff, Pro Se