# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi



Oxford Division

| | | |
|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. 3:25-cv-00250 |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| | ) | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) ) | |
| | ) | |
| *Defendant(s)* | | |

**NOTICE OF RE-SUBMISSION AND MOTION TO CORRECT THE**

**RECORD**

1

COMES NOW Plaintiff, Ehiremen Bennard Eriakha, appearing pro se, and respectfully submits this Notice of Re-Submission and Motion to Correct the Record and states as follows:

1. **September 8 Filing**: On September 8, 2025, Plaintiff timely submitted his Memorandum of Law in Support of Motion for Preliminary Injunction to the Clerk's Office for filing, together with his Temporary Restraining Order Motion, Preliminary Injunction Motion, Certification of Notice, Declaration, and related filings, in accordance with *L.U. Civ. R. 7(b)(4)*.

2. **Clerk's Receipt**: The Clerk's Office received and date-stamped the memorandum, as shown on the attached copy (**Exhibit U**), confirming its timely submission.

3. **Docket Review**: Upon review of the docket, Plaintiff discovered that the memorandum was not separately docketed as a supporting brief.

4. **Court's Order**: In its September 11, 2025 Order (Doc. 13), the Court observed that "the docket indicates Eriakha did not file a memorandum brief in support of the PI Motion," and therefore adjudicated the motion without the benefit of Plaintiff's full legal argument.

5. **Purpose of Motion**: Plaintiff files this motion to ensure that the record accurately reflects the timely-submitted memorandum. Failure to docket the memorandum has materially prejudiced Plaintiff by depriving the Court of the benefit of his complete argument and supporting authorities. Correction of the record is necessary to preserve fairness, ensure that any renewed or related motion is considered on a full record, and protect Plaintiff's appellate rights.

### RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court:

- Direct the Clerk to docket the attached Memorandum in Support of Preliminary Injunction Motion (**Exhibit U**) *nunc pro tunc* as of September 8, 2025;

2

- Recognize and consider the memorandum as part of the record for any renewed or related motion for temporary or preliminary injunctive relief; and
- Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 18th day of September, 2025.



Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Avenue West, Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to *Fed. R. Civ. P. 5(b)(2)(C)*, *Fed. R. Civ. P. 65(b)(1)(B)*, and *28 U.S.C. § 1746*, I certify under penalty of perjury that on September 18, 2025, I served a true and correct copy of:

- Urgent and Necessitous Renewed Motion for Temporary Restraining Order (TRO)
- Urgent and Necessitous Renewed Motion for Preliminary Injunction
- Memorandum of Law in Support of Preliminary Injunction
- Declaration of Ehiremen Bennard Eriakha in Support of TRO and Preliminary Injunction
- Notice of Service under *Rule 5* and, in the alternative, Certification under Rule *65(b)(1)(B)*
- Motion for Leave to Exceed Page Limit
- Motion to Waive Security Requirement
- Motion and Notice to Correct the Record
- Declaration in Support of Motion and Notice to Correct the Record
- Verified Pleading Declaration (Verification of Complaint)
- Exhibits A–T, V, W

On the following recipients by **U.S. Mail, first-class, postage prepaid** (service complete upon mailing under *Rule 5(b)(2)(C)*):

**The University of Mississippi and all Official-Capacity Defendants:**

- **Office of General Counsel**

    University of Mississippi,

    209 Lyceum,

    University, MS 38677

**Individual-Capacity Defendants (Campus Office Address):**

- **Dr. Yi Yang**

    Chair, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    232 Faser Hall,

    University, MS 38677

    yiyang@olemiss.edu

- **Dr. Marie Barnard**

    Graduate Program Coordinator, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    234 Faser Hall,

    University, MS 38677

    mbarnard@olemiss.edu

- **Dr. Annette Kluck**

    Dean of the Graduate School

    University of Mississippi, Graduate School

    University, MS 38677

    askluck@olemiss.edu

- **Dr. Yinan Huang**

    Faculty Member, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    235 Faser Hall,

    University, MS 38677

5

yhuang9@olemiss.edu

**Clerk of Court (for filing in the record):**

- **Clerk of Court**

U.S. District Court, Northern District of Mississippi – Oxford Division

Federal Building, 911 Jackson Avenue East

Oxford, MS 38655

(Clerk's copy includes **Exhibit U** [previously signed and stamped memorandum] and **Exhibit X** [proof of mailing]).

Courtesy copies were also transmitted by email to the above recipients on September 18, 2025.

Executed this 18th day of September, 2025, in Oxford, Mississippi.

_[signature]_

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

6