# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Oxford Division

| | | |
|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. 3:25-cv-00250 |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| | ) | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) ) ) | |
| *Defendant(s)* | | |

**PLAINTIFF'S VERIFIED PLEADING DECLARATION (Verification of Complaint)**

1

I, Ehiremen Bennard Eriakha, pursuant to *28 U.S.C. § 1746*, hereby declare under penalty of perjury that the factual allegations set forth in my Complaint and Request for Injunction (Doc. 1), filed on August 25, 2025, in the above-captioned matter, are true and correct to the best of my knowledge, information, and belief.

This verification is submitted to ensure that the Complaint is deemed verified for all purposes, including consideration under *Fed. R. Civ. P. 65* for temporary and preliminary injunctive relief.

Executed this 18th day of September, 2025, in Oxford, Mississippi.



Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Avenue West, Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to *Fed. R. Civ. P. 5(b)(2)(C), Fed. R. Civ. P. 65(b)(1)(B),* and *28 U.S.C. § 1746*, I certify under penalty of perjury that on September 18, 2025, I served a true and correct copy of:

- Urgent and Necessitous Renewed Motion for Temporary Restraining Order (TRO)
- Urgent and Necessitous Renewed Motion for Preliminary Injunction
- Memorandum of Law in Support of Preliminary Injunction
- Declaration of Ehiremen Bennard Eriakha in Support of TRO and Preliminary Injunction
- Notice of Service under *Rule 5* and, in the alternative, Certification under Rule *65(b)(1)(B)*
- Motion for Leave to Exceed Page Limit
- Motion to Waive Security Requirement
- Motion and Notice to Correct the Record
- Declaration in Support of Motion and Notice to Correct the Record
- Verified Pleading Declaration (Verification of Complaint)
- Exhibits A–T, V, W

On the following recipients by **U.S. Mail, first-class, postage prepaid** (service complete upon mailing under *Rule 5(b)(2)(C)*):

**The University of Mississippi and all Official-Capacity Defendants:**

- **Office of General Counsel**

    University of Mississippi,

    209 Lyceum,

    University, MS 38677

3

**Individual-Capacity Defendants (Campus Office Address):**

- **Dr. Yi Yang**

    Chair, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    232 Faser Hall,

    University, MS 38677

    yiyang@olemiss.edu

- **Dr. Marie Barnard**

    Graduate Program Coordinator, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    234 Faser Hall,

    University, MS 38677

    mbarnard@olemiss.edu

- **Dr. Annette Kluck**

    Dean of the Graduate School

    University of Mississippi, Graduate School

    University, MS 38677

    askluck@olemiss.edu

- **Dr. Yinan Huang**

    Faculty Member, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    235 Faser Hall,

    University, MS 38677

4

yhuang9@olemiss.edu

**Clerk of Court (for filing in the record):**

- **Clerk of Court**

U.S. District Court, Northern District of Mississippi – Oxford Division

Federal Building, 911 Jackson Avenue East

Oxford, MS 38655

(Clerk's copy includes **Exhibit U** [previously signed and stamped memorandum] and **Exhibit X** [proof of mailing]).

Courtesy copies were also transmitted by email to the above recipients on September 18, 2025.

Executed this 18th day of September, 2025, in Oxford, Mississippi.

*[signature]*

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com