# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Oxford Division

| | | | |
|---|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. | 3:25-cv-00250 |
| *Plaintiff(s)* | ) | | |
| -v- | ) | | |
| | ) | | |
| University of Mississippi; Dr. Yi Yang; Dr. | ) | | |
| Marie Barnard; Dr. Annette Kluck; Dr. Yinan | ) | | |
| Huang | | | |
| | ) | | |
| *Defendant(s)* | | | |

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

1

COMES NOW Plaintiff Ehiremen Bennard Eriakha, appearing pro se and in forma pauperis, and respectfully moves this Court for leave to exceed the thirty-five (35) page limit for supporting memoranda set forth in *L.U. Civ. R. 7(b)(5)*. In support of this motion, Plaintiff states as follows:

1. **Filing at Issue**: Plaintiff has filed a Renewed Motion for Preliminary Injunction pursuant to *Fed. R. Civ. P. 65(a)*.

2. **Over-Length Memorandum**: Plaintiff's accompanying Memorandum of Law in Support extends to fifty-six (56) pages, exceeding the default page limitation.

3. **Good Cause**: The memorandum addresses multiple interrelated constitutional and statutory claims—including First Amendment retaliation, Equal Protection, Due Process, and breach-of-contract theories—each requiring fact-intensive analysis.

4. **Necessity**: The memorandum applies the four Winter factors in detail, integrating over twenty authenticated exhibits and extensive case law necessary to demonstrate likelihood of success on the merits, irreparable harm, and the public interest in preserving Plaintiff's rights.

5. **Complexity and Urgency**: The case involves imminent risks of constructive expulsion, loss of SEVIS-based lawful status, and irreparable reputational harm. A thorough and comprehensive presentation is required for the Court to fairly adjudicate Plaintiff's request for extraordinary equitable relief.

6. **No Prejudice**: Plaintiff has made every effort to avoid redundancy and limit discussion to matters essential to the preliminary injunction analysis. Granting leave will not prejudice Defendants, who may seek similar leave if necessary to respond.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the fifty-six (56) page Memorandum of Law in Support of the Renewed Motion for Preliminary Injunction, attached hereto for the Court's review in compliance with *L.U. Civ. R. 7(b)(2)*.

Respectfully submitted this 18th day of September, 2025.



Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Avenue West, Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

3

## CERTIFICATE OF SERVICE

Pursuant to *Fed. R. Civ. P. 5(b)(2)(C), Fed. R. Civ. P. 65(b)(1)(B),* and *28 U.S.C. § 1746*, I certify

under penalty of perjury that on September 18, 2025, I served a true and correct copy of:

- Urgent and Necessitous Renewed Motion for Temporary Restraining Order (TRO)

- Urgent and Necessitous Renewed Motion for Preliminary Injunction

- Memorandum of Law in Support of Preliminary Injunction

- Declaration of Ehiremen Bennard Eriakha in Support of TRO and Preliminary Injunction

- Notice of Service under *Rule 5* and, in the alternative, Certification under Rule *65(b)(1)(B)*

- Motion for Leave to Exceed Page Limit

- Motion to Waive Security Requirement

- Motion and Notice to Correct the Record

- Declaration in Support of Motion and Notice to Correct the Record

- Verified Pleading Declaration (Verification of Complaint)

- Exhibits A–T, V, W

On the following recipients by **U.S. Mail, first-class, postage prepaid** (service complete upon

mailing under *Rule 5(b)(2)(C)*):

**The University of Mississippi and all Official-Capacity Defendants:**

- **Office of General Counsel**

   University of Mississippi,

   209 Lyceum,

   University, MS 38677

**Individual-Capacity Defendants (Campus Office Address):**

- **Dr. Yi Yang**

  Chair, Department of Pharmacy Administration

  University of Mississippi, School of Pharmacy

  232 Faser Hall,

  University, MS 38677

  yiyang@olemiss.edu

- **Dr. Marie Barnard**

  Graduate Program Coordinator, Department of Pharmacy Administration

  University of Mississippi, School of Pharmacy

  234 Faser Hall,

  University, MS 38677

  mbarnard@olemiss.edu

- **Dr. Annette Kluck**

  Dean of the Graduate School

  University of Mississippi, Graduate School

  University, MS 38677

  askluck@olemiss.edu

- **Dr. Yinan Huang**

  Faculty Member, Department of Pharmacy Administration

  University of Mississippi, School of Pharmacy

  235 Faser Hall,

  University, MS 38677

5

yhuang9@olemiss.edu

**Clerk of Court (for filing in the record):**

- **Clerk of Court**

U.S. District Court, Northern District of Mississippi – Oxford Division

Federal Building, 911 Jackson Avenue East

Oxford, MS 38655

(Clerk's copy includes **Exhibit U** [previously signed and stamped memorandum] and **Exhibit X** [proof of mailing]).

Courtesy copies were also transmitted by email to the above recipients on September 18, 2025.

Executed this 18th day of September, 2025, in Oxford, Mississippi.



Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com