# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Oxford Division

RECEIVED
SEP 18 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. 3:25-cv-00250 |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| | ) | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) ) ) | |
| *Defendant(s)* | ) | |

## PLAINTIFF'S MOTION TO WAIVE OR REDUCE SECURITY REQUIREMENT UNDER RULE 65(C)

1

COMES NOW Plaintiff Ehiremen Bennard Eriakha, appearing pro se and in forma pauperis, and respectfully moves this Court to waive, or in the alternative set at a purely nominal amount, the security requirement under *Fed. R. Civ. P. 65(c)*.

I. **Legal Standard**

*Rule 65(c)* provides that a court may issue a TRO or preliminary injunction "only if the movant gives security in an amount that the court considers proper." Courts have broad equitable discretion to set the bond amount—including setting it at zero—particularly where the injunction serves the public interest or where the movant is unable to pay. *City of Atlanta v. Metro. Atlanta Rapid Transit Auth., 636 F.2d 1084, 1094 (5th Cir. 1981)*.

II. **Plaintiff's Financial Circumstances**

Plaintiff is an F-1 international student who has lost his only source of income, tuition remission, and health insurance as a direct result of being downgraded to "provisional status" and termination of his Graduate Research Assistantship. Plaintiff is proceeding in forma pauperis and cannot post a meaningful bond without effectively foreclosing access to judicial relief. Requiring a significant bond here would functionally deny Plaintiff the ability to seek protection for his constitutional rights.

III. **Public Interest Considerations**

This case seeks to vindicate core constitutional rights, including First Amendment retaliation, Equal Protection, and procedural Due Process claims. Courts routinely waive or set nominal bonds where equitable relief is sought to prevent constitutional violations, recognizing that a substantial bond would chill enforcement of public rights. See *City of Atlanta, 636 F.2d at 1094*. Here,

2

Defendants face little risk of monetary harm from an injunction that merely preserves the pre-retaliation status quo.

## IV. Requested Relief

For the foregoing reasons, Plaintiff respectfully requests that this Court:

- Waive the *Rule 65(c)* security requirement entirely; or
- In the alternative, set security at a nominal amount (e.g., $1.00) in light of Plaintiff's indigency and the strong public interest in preventing irreparable constitutional harm.

Respectfully submitted this 18th day of September, 2025.



Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Avenue West, Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

3

## CERTIFICATE OF SERVICE

Pursuant to *Fed. R. Civ. P. 5(b)(2)(C), Fed. R. Civ. P. 65(b)(1)(B),* and *28 U.S.C. § 1746,* I certify under penalty of perjury that on September 18, 2025, I served a true and correct copy of:

- Urgent and Necessitous Renewed Motion for Temporary Restraining Order (TRO)
- Urgent and Necessitous Renewed Motion for Preliminary Injunction
- Memorandum of Law in Support of Preliminary Injunction
- Declaration of Ehiremen Bennard Eriakha in Support of TRO and Preliminary Injunction
- Notice of Service under *Rule 5* and, in the alternative, Certification under Rule *65(b)(1)(B)*
- Motion for Leave to Exceed Page Limit
- Motion to Waive Security Requirement
- Motion and Notice to Correct the Record
- Declaration in Support of Motion and Notice to Correct the Record
- Verified Pleading Declaration (Verification of Complaint)
- Exhibits A–T, V, W

On the following recipients by **U.S. Mail, first-class, postage prepaid** (service complete upon mailing under *Rule 5(b)(2)(C)*):

**The University of Mississippi and all Official-Capacity Defendants:**

- **Office of General Counsel**

    University of Mississippi,

    209 Lyceum,

    University, MS 38677

4

**Individual-Capacity Defendants (Campus Office Address):**

- **Dr. Yi Yang**

    Chair, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    232 Faser Hall,

    University, MS 38677

    yiyang@olemiss.edu

- **Dr. Marie Barnard**

    Graduate Program Coordinator, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    234 Faser Hall,

    University, MS 38677

    mbarnard@olemiss.edu

- **Dr. Annette Kluck**

    Dean of the Graduate School

    University of Mississippi, Graduate School

    University, MS 38677

    askluck@olemiss.edu

- **Dr. Yinan Huang**

    Faculty Member, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    235 Faser Hall,

    University, MS 38677

yhuang9@olemiss.edu

**Clerk of Court (for filing in the record):**

- **Clerk of Court**

U.S. District Court, Northern District of Mississippi – Oxford Division

Federal Building, 911 Jackson Avenue East

Oxford, MS 38655

(Clerk's copy includes **Exhibit U** [previously signed and stamped memorandum] and **Exhibit X** [proof of mailing]).

Courtesy copies were also transmitted by email to the above recipients on September 18, 2025.

Executed this 18th day of September, 2025, in Oxford, Mississippi.



Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com