# United States District Court

for the

Northern District of Mississippi

Oxford Division

| | | |
|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. 3:25-cv-00250 |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| | ) | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) ) | |
| | ) | |
| *Defendant(s)* | | |

**CERTIFICATE OF SERVICE (Under Penalty of Perjury, 28 U.S.C. § 1746)**

1

I, Ehiremen Bennard Eriakha, pursuant to *28 U.S.C. § 1746*, declare under penalty of perjury that the following is true and correct:

1. **Documents Served:**

On September 18, 2025, I served true and correct copies of the following documents:

- Urgent and Necessitous Renewed Motion for Temporary Restraining Order (TRO)
- Urgent and Necessitous Renewed Motion for Preliminary Injunction
- Memorandum of Law in Support of Preliminary Injunction
- Declaration of Ehiremen Bennard Eriakha in Support of TRO and Preliminary Injunction
- Notice of Service under *Rule 5* and, in the alternative, Certification under Rule *65(b)(1)(B)*
- Motion for Leave to Exceed Page Limit
- Motion to Waive Security Requirement
- Motion and Notice to Correct the Record
- Declaration in Support of Motion and Notice to Correct the Record
- Verified Pleading Declaration (Verification of Complaint)
- Exhibits A–T, V, W

2. **Parties Served:**

Copies were served by U.S. Mail, first-class, postage prepaid (service complete upon mailing under *Fed. R. Civ. P. 5(b)(2)(C)*) to:

**The University of Mississippi and all Official-Capacity Defendants:**

- **Office of General Counsel**
  University of Mississippi,

2

209 Lyceum,

University, MS 38677

**Individual-Capacity Defendants (Campus Office Address):**

- **Dr. Yi Yang**

    Chair, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    232 Faser Hall,

    University, MS 38677

    yiyang@olemiss.edu

- **Dr. Marie Barnard**

    Graduate Program Coordinator, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

    234 Faser Hall,

    University, MS 38677

    mbarnard@olemiss.edu

- **Dr. Annette Kluck**

    Dean of the Graduate School

    University of Mississippi, Graduate School

    University, MS 38677

    askluck@olemiss.edu

- **Dr. Yinan Huang**

    Faculty Member, Department of Pharmacy Administration

    University of Mississippi, School of Pharmacy

235 Faser Hall,

University, MS 38677

yhuang9@olemiss.edu

**Clerk of Court (for filing in the record):**

- **Clerk of Court**

U.S. District Court, Northern District of Mississippi – Oxford Division

Federal Building, 911 Jackson Avenue East

Oxford, MS 38655

(Clerk's copy includes **Exhibit U** [previously signed and stamped memorandum] and **Exhibit X** [proof of mailing]).

Courtesy copies were also transmitted by email to the above recipients on September 18, 2025.

Executed this 18th day of September, 2025, in Oxford, Mississippi.

_/s/ Ehiremen Bennard Eriakha_

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

4

*Exhibit X — Proof of Mailing*



**UNITED STATES POSTAL SERVICE**

OXFORD
401 MCELROY DR
OXFORD, MS 38655-9998
www.usps.com

09/18/2025 03:36 PM

---

TRACKING NUMBERS
9534 6148 3243 5261 1634 40
9534 6148 3243 5261 1634 64
9534 6148 3243 5261 1634 88
9534 6148 3243 5261 1635 01
9534 6148 3243 5261 1635 25

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5x16 | 5 | $2.99 | $14.95 |

USPS Grnd Advtg  1  $9.85
 Oxford, MS 38677
 Weight: 2 lb 8.00 oz
 Estimated Delivery Date
   Mon 09/22/2025
 Tracking #:
   9534 6148 3243 5261 1634 40
 Insurance  $0.00
   Up to $100.00 included
Total  $9.85

USPS Grnd Advtg  1  $9.85
 Oxford, MS 38677
 Weight: 2 lb 7.80 oz
 Estimated Delivery Date
   Mon 09/22/2025
 Tracking #:
   9534 6148 3243 5261 1634 64
 Insurance  $0.00
   Up to $100.00 included
Total  $9.85

USPS Grnd Advtg  1  $9.85
 Oxford, MS 38677
 Weight: 2 lb 8.10 oz
 Estimated Delivery Date
   Mon 09/22/2025
 Tracking #:
   9534 6148 3243 5261 1634 88

```
                Insurance
                   Up to $100.00 included
Total                                        $9.85

USPS Grnd Advtg       1                      $9.85
    Oxford, MS 38677
    Weight: 2 lb 8.10 oz
    Estimated Delivery Date
       Mon 09/22/2025
    Tracking #:
       9534 6148 3243 5261 1635 01
    Insurance                                $0.00
       Up to $100.00 included
Total                                        $9.85

USPS Grnd Advtg       1                      $9.85
    Oxford, MS 38677
    Weight: 2 lb 8.00 oz
    Estimated Delivery Date
       Mon 09/22/2025
    Tracking #:
       9534 6148 3243 5261 1635 25
    Insurance                                $0.00
       Up to $100.00 included
Total                                        $9.85

Grand Total:                                $64.20

Cash                                       $100.00
Change                                     -$35.80
```

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 275850-0655
Receipt #: 840-53900569-3-8933296-1
Clerk: 3