**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**EHIREMEN BENNARD ERIAKHA**                                                   **PLAINTIFF**

**v.**                                                              **NO. 3:25-CV-250-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, et al.**                                     **DEFENDANTS**

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Paul B. Watkins, Jr., of Mayo Mallette PLLC, has been retained by Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang in this matter. He gives notice to all parties in interest of his request that all notices given or required to be given in this case and all pleadings and other papers served or required to be served in this case be provided to and served upon him as follows:

> Paul B. Watkins, Jr. (MB NO. 102348)
> MAYO MALLETTE PLLC
> 2094 Old Taylor Road, Suite 200
> Oxford, Mississippi 38655
> Tel: (662) 236-0055
> Fax: (662) 236-0035
> *pwatkins@mayomallette.com*

PLEASE TAKE FURTHER NOTICE that this demand includes not only the notices, pleadings and other papers, but also includes, without limitation, all orders, applications, complaints, motions, petitions, pleadings, requests and demands, whether formal or informal, whether *ex parte* or on notice, whether written or oral and whether transmitted or conveyed by mail, electronic means, hand-delivery, telephone, telecopier, telegraph or otherwise. Defendants specifically reserve all claims and defenses.

Respectfully submitted, this the 25th day of September 2025.

**UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ANNETTE KLUCK, AND DR. YINAN HUANG**

<u>*/s/ Paul B. Watkins, Jr.*</u>
PAUL B. WATKINS, JR. (MB No. 102348)
*Their Attorney*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
*pwatkins@mayomallette.com*

2

## CERTIFICATE OF SERVICE

    I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document via U.S. Mail to the following:

        Ehiremen Bennard Eriakha
        1802 Jackson Avenue West, Apt. 83
        Oxford, MS 38655
        662-281-4676
        PRO SE

    THIS, the 25th day of September 2025.

                */s/ Paul B. Watkins, Jr.*
                PAUL B. WATKINS, JR. (MB NO. 102348)