# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Oxford Division

| | | | |
|---|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. | 3:25-cv-00250 |
| *Plaintiff(s)* | ) | | |
| -v- | ) | | |
| | ) | | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) | | |
| | ) | | |
| *Defendant(s)* | | | |

**NOTICE OF NON-CONSENT TO CONSOLIDATION AND STATEMENT OF PREJUDICE**

1

On September 24, 2025, Defendants, through outside counsel, circulated a proposed "Agreed Order" seeking Plaintiff's consent to consolidate this action with Case No. **3:25-cv-00226-MPM-JMV**—at the very moment when a fully submitted emergency motion for TRO/PI is pending before this Court.

Plaintiff respectfully submits that he does not consent, at this stage, to Defendants' proposed "Agreed Order" of consolidation.

1. Plaintiff's renewed motion for temporary restraining order and preliminary injunction is before this Court, fully submitted, and ripe for adjudication.

2. No renewed motion for temporary restraining order or preliminary injunction is pending in Case No. **3:25-cv-00226-MPM-JMV**. The sole live emergency motion before either Court is Plaintiff's renewed TRO/PI in this action.

3. Plaintiff therefore withholds consent to any proposed "Agreed Order" of consolidation.

4. Consolidation at this stage would substantially prejudice Plaintiff's pending preliminary-injunction motion, which is already fully before this Court and ripe for adjudication. Consolidation risks **(a)** diverting the motion from this Court, **(b)** introducing delay and scheduling disruption, and **(c)** merging distinct factual records in a way that creates confusion and unfairness. *Rule 42(a)* does not allow efficiency to override fairness, particularly where irreparable harm is at issue, and *Rule 42(b)* authorizes separation of proceedings to expedite and economize.

5. Less restrictive efficiency considerations, including coordinated discovery, joint case management conference, or cross-use of discovery, may appropriately be addressed at a later stage. Such measures can be implemented after this Court resolves the pending motion, thereby preserving fairness while avoiding disruption of time-sensitive relief.

2

6. Plaintiff expressly reserves all rights to oppose any formal motion for consolidation on grounds of substantial prejudice and to request protective conditions should consolidation later be considered.

Respectfully submitted this 25th day of September, 2025.

*/s/ Ehiremen Bennard Eriakha*

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, I delivered the foregoing to the Clerk of Court for filing and served a true and correct copy by email upon:

**Paul B. Watkins, Esq.**

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)


Executed this 25th day of September, 2025, in Oxford, Mississippi.

_____

Ehiremen Bennard Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com