RECEIVED

SEP 25 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Oxford Division

| | | |
|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No.  3:25-cv-00250 |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| | ) | |
| University of Mississippi; Dr. Yi Yang; Dr. | ) | |
| Marie Barnard; Dr. Annette Kluck; Dr. Yinan | ) | |
| Huang | ) | |
| *Defendant(s)* | ) | |

# PLAINTIFF'S SUPPLEMENTAL NOTICE REGARDING RIPENESS OF RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff respectfully files this Supplemental Notice to ensure the record accurately reflects the procedural posture of his pending emergency motion.

1. Plaintiff's renewed motion for a temporary restraining order and preliminary injunction is fully submitted and ripe for decision by this Court.

2. No renewed motion for a temporary restraining order or preliminary injunction is pending in Case No. **3:25-cv-00226-MPM-JMV**. The only live emergency motion before either Court is Plaintiff's renewed TRO/PI in this action, properly before this Court for adjudication.

3. Plaintiff has separately filed a Notice of Non-Consent to Consolidation, explaining that Defendants' proposal would substantially prejudice Plaintiff by impeding this Court's timely adjudication of the pending emergency motion.

4. Plaintiff continues to suffer irreparable harm as set forth in his motion and declaration, and each day of delay compounds those injuries.

5. Plaintiff respectfully requests that this Court adjudicate his renewed TRO/PI motion without delay, notwithstanding any pending or anticipated request for consolidation, in order to prevent further irreparable harm.

Respectfully submitted this 25th day of September, 2025.

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

2

Email: eriakhabernard@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, I delivered the foregoing to the Clerk of Court for filing and served a true and correct copy by email upon:

**Paul B. Watkins, Esq.**

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 25th day of September, 2025, in Oxford, Mississippi.

Ehiremen Bennard Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

4