# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**EHIREMEN BENNARD ERIAKHA**            **PLAINTIFF**

v.            NO. 3:25-CV-250-DMB-RP

**UNIVERSITY OF MISSISSIPPI, et al.**            **DEFENDANTS**

## DEFENDANTS' MOTION TO DISMISS

Defendants The University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang("Defendants"), reserving all rights and defenses, ask this Court to dismiss Plaintiff Ehiremen Bennard Eriakha's ("Plaintiff") Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6). In support, the Defendants state as follows:

1. The Individual Defendants are entitled to qualified immunity.

2. Plaintiff's claims against the University are barred by the Eleventh Amendment.

3. The University is not a "person" for purposes of Section 1983.

4. Plaintiff's official capacity claims under Section 1983 fail.

In support of their Motion, Defendants rely on the pleadings and papers of record in this action and its brief.

FOR THESE REASONS, Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, respectfully move this Court to dismiss Plaintiff's claims in their entirety. Defendants request such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted, this the 1st day of October 2025.

**UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ANNETTE KLUCK, AND DR. YINAN HUANG**

*/s/ Paul B. Watkins, Jr.*
PAUL B. WATKINS, JR. (MB No. 102348)
*Their Attorney*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
*pwatkins@mayomallette.com*

## CERTIFICATE OF SERVICE

    I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document via U.S. Mail to the following:

        Ehiremen Bennard Eriakha
        1802 Jackson Avenue West, Apt. 83
        Oxford, MS 38655
        662-281-4676
        PRO SE

    THIS, the 1st day of October 2025.

                                      */s/ Paul B. Watkins, Jr.*
                                      PAUL B. WATKINS, JR. (MB NO. 102348)