IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**EHIREMEN BENNARD ERIAKHA**     **PLAINTIFF**

v.     **NO. 3:25-CV-250-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, et al.**     **DEFENDANTS**

## ORDER STAYING CASE

Defendants in this matter have filed a motion to dismiss asserting qualified and sovereign immunity defenses [Doc. 28]. Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling … a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Consequently, the attorney conference and disclosure requirements and all discovery are hereby stayed pursuant Local Uniform Civil Rule 16(b)(3)(B) pending a ruling on Defendants' motion. The parties are directed to notify the undersigned within seven days after a ruling on the motion to dismiss.

SO ORDERED, this the 2nd day of October, 2025.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE