# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**EHIREMEN BENNARD ERIAKHA**                                            **PLAINTIFF**

**v.**                                                               **NO. 3:25-CV-250-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, et al.**                               **DEFENDANTS**

### DEFENDANTS' RESPONSE IN OPPOSITION TO
### MOTION FOR PRELIMINARY INJUNCTION

Defendants The University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang ("Defendants"), reserving all rights and defenses, file this, their Response in Opposition to Plaintiff's Motion for Preliminary Injunction [Doc. 16]. In support, Defendants state:

1. The Court should decide Defendants' Motion to Dismiss before considering Plaintiff's motions for injunctive relief.

2. Plaintiff has not demonstrated irreparable harm.

3. Plaintiff will not succeed on the merits.

In support of its Motion, Defendants rely on the pleadings and papers of record in this action and their accompanying brief.

FOR THESE REASONS, Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, respectfully move this Court to deny Plaintiff's Motion for Preliminary Injunction. Defendants request such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted, this the 2nd day of October 2025.

**UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ANNETTE KLUCK, AND DR. YINAN HUANG**

/s/ Paul B. Watkins, Jr.
PAUL B. WATKINS, JR. (MB No. 102348)
*Their Attorney*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
*pwatkins@mayomallette.com*

## CERTIFICATE OF SERVICE

    I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document via U.S. Mail to the following:

> Ehiremen Bennard Eriakha
> 1802 Jackson Avenue West, Apt. 83
> Oxford, MS 38655
> 662-281-4676
> PRO SE

    THIS, the 2nd day of October 2025.

                                             */s/ Paul B. Watkins, Jr.*
                                             PAUL B. WATKINS, JR. (MB NO. 102348)