**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**EHIREMEN BENNARD ERIAKHA**                                                                    **PLAINTIFF**

**v.**                                                                                                        **NO. 3:25-CV-250-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, et al.**                                                 **DEFENDANTS**

**DEFENDANTS' RESPONSE IN OPPOSITION TO
MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants The University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang ("Defendants"), reserving all rights and defenses, files this, its Response in Opposition to Plaintiff's Motion for Leave to Exceed Page Limit [Doc. 19]. In support, Defendants state:

1. Local Rule 7(b)(5) limits a movant's original and rebuttal brief to a maximum of thirty-five pages.

2. Plaintiff's Memorandum of Law in Support of his Motion for Preliminary Injunction [Doc. 23] is fifty-six pages long.

3. Plaintiff's Motion for Leave to Exceed Page Limits asserts the additional length is necessary because of the need for "fact-intensive analysis" and a "thorough and comprehensive presentation" of exhibits and "extensive case law." [Doc. 19].

4. This Court has noted that "[p]age limitations are important, not merely to regulate the Court's workload, but also to encourage litigants to hone their arguments and to eliminate excessive verbiage." *Shepard v. Cleveland Sch. Dist.*, No. 4:17-CV-91-DMB-JMV, 2022 U.S. Dist. LEXIS 25850, at *4 (N.D. Miss. Feb. 14, 2022) (*quoting Fleming v. Cnty. of Kane*, 855 F.2d 496, 497 (7th Cir. 1988) (citation omitted). "Accordingly, leave to exceed a page limitation

'should only be sought in exceptional circumstances.'" *Id*.

5. While the Court extends some leniency to *pro se* plaintiffs, "a litigant's *pro se* status does not negate the duty to comply with general rules of litigation." *Miller v. Tower Loan of Miss., LLC*, No. 1:22-CV-6-SA-DAS, 2022 U.S. Dist. LEXIS 137780, at *5 (N.D. Miss. Aug. 3, 2022).

6. Plaintiff has not demonstrated "exceptional circumstances" warranting a twenty-one-page extension of the page limit established by the Local Rules, and his Motion should be denied.

7. Alternatively, Plaintiff should not be allowed to further violate Local Rule 7 by submitting a rebuttal brief.

8. Because of the straightforward nature of this Response, Defendants respectfully request to be relieved of the requirement of a separate memorandum brief.

In support of its Motion, Defendants rely on the pleadings and papers of record in this action and its brief.

FOR THESE REASONS, Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, respectfully move this Court to deny Plaintiff's Motion for Leave to Exceed Page Limit. Defendants request such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted, this the 2d day of October 2025.

**UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ANNETTE KLUCK, AND DR. YINAN HUANG**

*/s/ Paul B. Watkins, Jr.*
PAUL B. WATKINS, JR. (MB No. 102348)
*Their Attorney*

OF COUNSEL:

M<span>AYO</span> M<span>ALLETTE</span> PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
*pwatkins@mayomallette.com*

## CERTIFICATE OF SERVICE

    I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document via U.S. Mail to the following:

>Ehiremen Bennard Eriakha
>1802 Jackson Avenue West, Apt. 83
>Oxford, MS 38655
>662-281-4676
>PRO SE

    THIS, the 2d day of October 2025.

>*/s/ Paul B. Watkins, Jr.*
>PAUL B. WATKINS, JR. (MB NO. 102348)