EXHIBIT Y Developmental Mentor alteration Correspondence

THE UNIVERSITY OF MISSISSIPPI

Omokhodion Eriakha <oeriakha@go.olemiss.edu>

## 2025-2026 PHAD development mentor, IDP, and AT

1 message

**Yi Yang** <yiyang@olemiss.edu> Fri, Aug 29, 2025 at 11:28 AM

To: phad_gradstudents <phad_gradstudents@olemiss.edu>, Alicia S Bouldin <abouldin@olemiss.edu>, Eric Lyle Pittman <epittman@olemiss.edu>, Erin Renee Holmes <erholmes@olemiss.edu>, Joe Dikun <jadikun@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, Kaustuv Bhattacharya <kbhattac@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Meagen Marie Rosenthal <mmrosent@olemiss.edu>, Sujith Ramachandran <sramacha@olemiss.edu>, Yi Yang <yiyang@olemiss.edu>, Yinan Huang <yhuang9@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>

Dear PHAD graduate students and faculty,

Attached to this email please find the following documents: student development mentor assignment, agreement between student and development mentor, and the Abilities Transcript Manual and Document.

Each student in our graduate program has been assigned a development mentor so you can have additional professional guidance to support your overall development while in our program. You will have the same development mentor throughout your time in our program unless the department chair or faculty determine that a change in mentorship is necessary due to special circumstances; your development mentor may be independent of your TA/RA assignment, and your development mentor does not need to be your thesis/dissertation advisor. You will work with your development mentor to complete your annual Abilities Transcript (AT) and Individual Development Plan (IDP).

Please contact your development mentor at your earliest convenience to schedule a meeting this semester, sign the agreement between graduate student and development mentor, and come up with a plan to meet throughout the academic year.

I am also attaching the Department's 2025-2026 Policies and Procedures document to this email as well so you can refer to it when you need it.

Thanks,

Yi

Yi Yang, MD, PhD

Chair and Professor, Department of Pharmacy Administration

Research Professor, Research Institute of Pharmaceutical Sciences

The University of Mississippi School of Pharmacy

(662) 915 1062

yiyang@olemiss.edu

225 Faser Hall

University, MS 38677

---

**5 attachments**

**2025 08 06_Development mentor.docx**
16K

**FINAL_PHAD_Agreement Between Graduate Students and Development Mentor.pdf**
85K

**Abilities Transcript - revised August 2025.pdf**
204K

**AT Student Guide--ver 2025_Final.pdf**
248K

**Department Policies and Procedures 2025-26 - 8.6.2025.pdf**
481K