EXHIBIT 01 — Consolidation Attempt


# Gmail

eriakha b <eriakhab@gmail.com>

## Litigation against University of Mississippi - consolidation
2 messages

**Paul Watkins** <pwatkins@mayomallette.com>                                        Wed, Sep 24, 2025 at 4:54 PM
To: eriakha b <eriakhab@gmail.com>, "eriakhabernard@gmail.com" <eriakhabernard@gmail.com>
Cc: Brooke Jackson <bjackson@mayomallette.com>

Gentlemen

I have been retained to represent the University of Mississippi and all other Defendants in both of your lawsuits. I see that Bennard's lawsuit was accompanied by a Notice stating that the other lawsuit was a related matter. I agree, and I believe these matters could be pursued more efficiently if we ask the Court to consolidate them.

I have prepared a proposed order consolidating the cases, which is attached. Please review and let me know if I have permission from both of you to submit the order with your signatures. You are under no obligation to agree to this. If you're not comfortable with this order, I can file a motion and you can each respond however you like. I'm also glad to discuss any revisions to the order either of you want to suggest.

I look forward to hearing from both of you.

Paul Watkins

### Paul Watkins
Mayo Mallette PLLC
E: pwatkins@mayomallette.com
O: 662.236.0055 | D: 662.513.4900 | C: 662.801.0162
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655

**mayomallette**

📄 **(003) 25.08.25 Notice of Related Case.pdf**
200K

**Paul Watkins** <pwatkins@mayomallette.com>                                        Wed, Sep 24, 2025 at 4:59 PM
To: eriakha b <eriakhab@gmail.com>, "eriakhabernard@gmail.com" <eriakhabernard@gmail.com>
Cc: Brooke Jackson <bjackson@mayomallette.com>

Apologies - the proposed order is attached.

### Paul Watkins
Mayo Mallette PLLC
E: pwatkins@mayomallette.com
O: 662.236.0055 | D: 662.513.4900 | C: 662.801.0162
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655

**mayomallette**

[Quoted text hidden]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| **OMOKHODION ALFRED ERIAKHA** | **PLAINTIFF** |
| v. | NO. 3:25-CV-226-MPM-JMV |
| **UNIVERSITY OF MISSISSIPPI, et al.** | **DEFENDANTS** |

CONSOLIDATED WITH

| | |
|---|---|
| **EHIREMEN BENNARD ERIAKHA** | **PLAINTIFF** |
| v. | NO. 3:25-CV-250-DMB-RP |
| **UNIVERSITY OF MISSISSIPPI, et al.** | **DEFENDANTS** |

## AGREED ORDER CONSOLIDATING CASES

This matter comes before the Court on the parties' *ore tenus* motion to consolidate the above-captioned matters for all purposes. The Court finds that these actions involve common parties and questions of law and fact. The Court further finds that consolidation will avoid unnecessary costs and delay.

IT IS, THEREFORE, ORDERED that Civil Actions No. 3:25-cv-226-MPM-JMV and 3:25-cv-250-DMB-RP shall be consolidated for all purposes. Pursuant to Local Unif. Civ. R. 42, with Civil Action No. 3:25-cv-226-MPM-JMV serving as the lead case. All subsequent pleadings relating to either cause of action should be filed in the lead case only.

THIS, the _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

Agreed:

*/s/ Paul B. Watkins, Jr.*
Paul B. Watkins, Jr. (MB No. 102348)
MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055
pwatkins@mayomallette.com
*Attorney for Defendants (both actions)*

*/s/*
Omokhodion Alfred Eriakha
1802 Jackson Avenue West, Apt. 83
Oxford, MS 38655
662-281-4676
*Plaintiff, pro se*

*/s/*
Ehiremen Bennard Eriakha
1802 Jackson Avenue West, Apt. 83
Oxford, MS 38655
662-281-4676
*Plaintiff, pro se*

2