EXHIBIT 02 — Chamber Call Correspondence

# M Gmail

eriakha b <eriakhab@gmail.com>

## Litigation against University of Mississippi - consolidation

**Paul Watkins** <pwatkins@mayomallette.com>　　　　　　　　　　Thu, Sep 25, 2025 at 4:49 PM
To: Ehiremen Eriakha <eriakhabernard@gmail.com>
Cc: eriakha b <eriakhab@gmail.com>, Brooke Jackson <bjackson@mayomallette.com>

Thank you. I will proceed with a motion to consolidate the two actions, and you can both respond to that motion however you like.

Also, your TRO motion has not been "fully briefed" as you represented to the Court today because the Defendants have not yet responded to the motion. I contacted the Court's chambers this morning to inform them that the Defendants will respond to the pending motions in due course.

## Paul Watkins

Mayo Mallette PLLC
E: pwatkins@mayomallette.com
O: 662.236.0055 | D: 662.513.4900 | C: 662.801.0162
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655

**mayomallette**PLLC

[Quoted text hidden]