RECEIVED
OCT 17 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

Oxford Division

| | | |
|---|---|---|
| Ehiremen Bennard Eriakha | ) | Case No. 3:25-cv-00250 |
| *Plaintiff(s)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Annette Kluck; Dr. Yinan Huang | ) ) ) | |
| *Defendant(s)* | | |

**SUPPLEMENTAL NOTICE OF CONTINUING AND ESCALATING**

**IRREPARABLE HARM**

1

Pursuant to *Federal Rule of Civil Procedure 65(b)(1)(A)*, Plaintiff respectfully submits this Supplemental Notice to apprise the Court of recent, documented developments that materially intensify the irreparable harm described in Plaintiff's pending Motion for Temporary Restraining Order and Preliminary Injunction (**Doc. 15, 16**) and Consolidated Reply (**Doc. 39**).

I.  **Purpose of Filing**

This filing is made solely to ensure that the record before the Court reflects the current and escalating nature of Plaintiff's harm arising from Defendants' ongoing deprivation of his Graduate Research Assistantship, tuition remission, and academic standing. These new events, occurring after the filing of the pending motion, further substantiate the urgency and necessity of equitable relief under *Rule 65*.

II. **Recent Developments Demonstrating Escalation of Harm**

1.  **Second Bursar Notice – Institutional Financial Hold (Exhibit 03).**

On **October 15, 2025**, the University Bursar's Office issued a Second Notice reflecting an unpaid balance of $16,985.73 and confirming the placement of a financial hold on Plaintiff's student account. The hold prevents course registration and transcript access, directly jeopardizing Plaintiff's academic progress and lawful F-1 visa status. These consequences stem solely from Defendants' downgrade of Plaintiff's academic status and abrupt termination of his assistantship and tuition remission without cause.

2.  **Pending Rent Complaint – Housing Instability (Exhibit 04).**

Also on **October 15, 2025**, Plaintiff's landlord filed a civil rent complaint in the County Court of Lafayette County, seeking over $10,000 in back rent and statutory double rent penalties under *Miss. Code Ann. § 89-8-45*. This development demonstrates that the loss of assistantship income

2

has progressed from financial hardship to active litigation, placing Plaintiff's housing and personal security at immediate risk.

Taken together, these events reflect a worsening and compounding pattern of academic, financial, and legal harm—each directly traceable to Defendants' continued deprivation of Plaintiff's livelihood and institutional support.

### III. Request for Judicial Consideration

Plaintiff submits this Notice not to advance additional argument, but to preserve the factual record and assist the Court in assessing the continuing urgency of the pending motion.

Plaintiff respectfully requests that the Court:

1. Take judicial notice of the attached *Exhibit 03* (Second Bursar Notice) and *Exhibit 04* (Pending Rent Complaint); and
2. Consider these developments in adjudicating the pending Motion for Temporary Restraining Order and Preliminary Injunction, given the documented and escalating nature of the ongoing harm.

Respectfully submitted this 17th day of October 2025.

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I delivered the foregoing to the Clerk of Court for filing and served a true and correct copy by email upon:

**Paul B. Watkins, Esq.**

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 17th day of October, 2025, in Oxford, Mississippi.

Ehiremen Bennard Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com