EXHIBIT 03 — Second Bursar Notice — Institutional holds

**The University of Mississippi**
Oxford • Jackson • Tupelo • Southaven
Office of the Bursar
P. O. Box 1848
University, MS 38677

October 15, 2025

Ehiremen Eriakha
No 5, Quarry road, Abeokuta
Abeokuta, OG 110252

## SECOND NOTICE - IMMEDIATE ACTION REQUIRED

SUBJECT: OVERDUE BALANCE - ACCOUNT NO.: 10955677

Your account balance is $ 16,985.73. Please note that $ 16,985.73 of this amount is past due.

Please make arrangements to bring your account current by October 29, 2025.

If you cannot bring your account current, please call our Collection Assistant at (662) 915-6680 or 1271 so that we can arrange an acceptable payment plan.

You may view your current account statement at the myOleMiss web portal (http://my.olemiss.edu). After you log in with your WebID, select the Student role, then apps in the Financials box. Click the Account Statement link to view your statement.

Your records have been placed on hold pending payment of your account. You will not be able to obtain a class schedule for future semesters, receive a transcript or a diploma, or cash a check in the Bursar's Office.