*EXHIBIT 04 — Civil Rent Complaint / Warrant for Removal at Plaintiff's Residence*

## IN THE COUNTY COURT OF LAFAYETTE COUNTY, MISSISSIPPI

| | |
|---|---|
| **ALFRED ERIAKHA** | **DEFENDANT/APPELLANT** |
| v. | CASE: 36CO1:25-CV-00207 |
| **PATTI LONG** | **PLAINTIFF/APPELLEE** |

### AMENDED COMPLAINT FOR DAMAGES and WARRANT OF REMOVAL

COMES NOW, Plaintiff/Appellee Patti Long, to seek a judgment of damages against the tenant, and for a warrant of removal. In support thereof, Plaintiff/Appellee states as follows:

1. The property at issue is described as "Oxford Townhomes Unit # 83 at 1802 West Jackson Avenue Oxford, Mississippi 38655," and is wholly located within Lafayette County, Mississippi.

2. Patti Long (Landlord) and Alfred Eriakha (Tenant) entered into a lease agreement with a term from August 1, 2023, to July 25, 2024, "unless renewed by consent of both parties and a new lease renewal [is] signed by both parties."

3. On February 21, 2024, Landlord and Tenant executed a lease renewal agreement for 2024-2025 at the rate of $1,200.00 per month plus $30.00/month for wifi service.

4. Tenant did not pay the rent at the renewal rate and is delinquent. Tenant has been advised in writing of his delinquency, and in fact Tenant has itemized several such notices in filings before this Court.

5. Prior to the expiration of the 2024-2025 lease agreement, Landlord tendered a "Lease Renewal Addendum 2025-2026" to Tenant, but Tenant did not return the signed addendum. The rental rate under the renewal would be $1,600.00 per month.

6. Miss. Code Ann. § 89-8-17(1) provides: "A rental agreement that fixes a definite term expires on the date stated in the rental agreement."

7. The lease agreement between Landlord and Tenant has expired.

8. Miss. Code Ann. § 89-8-17(2) provides that "the landlord may, at any time after the expiration of a rental agreement, provide notice to the tenant in writing, ... specifying that the tenant is holding over after expiration of the rental agreement and that the landlord will commence eviction proceedings no earlier than three (3) days after such notice is provided. The landlord may also demand an increase in rent after the expiration of the rental agreement..."

9. Miss. Code Ann. § 89-8-45 provides that: "When a rental agreement with a definite term expires and the tenant fails or refuses to vacate the premises after being notified by the landlord to do so, then the landlord may, if not contradicted by the rental agreement, charge the tenant double the rent for the time that the tenant continues in possession of the premises following the date to vacate the premises specified in the notification."

10. On August 12, 2025, a judgment was entered in the Justice Court of Lafayette County, Mississippi, Case No. 194287, Docket No. 97, Page No. 177, in favor of Plaintiff/Appellee Patti Long, granting eviction and a money judgment.

11. On August 14, 2025, Defendant/Appellant Alfred Eriakha filed a Notice of Appeal from the Justice Court to the County Court of Lafayette County, Mississippi, for trial de novo.

12. Tenant's appeal should be dismissed for the reasons stated in the Motion to Dismiss Appeal for Failure to Post Cost Bond and For Judgment of Possession [Doc. #9].

13. Further, judgment should be entered in favor of Landlord against Tenant for the sum of $10,412.50 broken down as follows:

| | |
|---|---|
| $550.00 | Balance forward as of July 2025 |
| $90.00 | Wifi service (May, June, July) |
| $3,200.00 | August 2025 (double existing rental rate) |
| $30.00 | Wifi service |
| $3,200.00 | September 2025 (double existing rental rate) |
| $30.00 | Wifi service |
| $3,200.00 | October 2025 (double existing rental rate) |
| $30.00 | Wifi service |
| $82.50 | Justice court filing fee |

| | |
|---|---|
| TBD | Legal fees |
| TBD | Additional court costs |
| $10,412.50 | TOTAL |

14. Additionally, Tenant is liable for "all fees and costs involved in the collection of the rental fees which become delinquent, these costs may include, but not limited to, collection agency fees, court costs, attorney fees, and any other legal fees" pursuant to contract.

Respectfully submitted,

PATTI LONG

BY: FREELAND MARTZ, PLLC

/s/ M. Reed Martz
MS Bar 101443

Freeland Martz, PLLC
302 Enterprise Drive, Suite A
Oxford, MS 38655
Office (662) 234-1711
reed@freelandmartz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the MEC system which sent notification of such filing to the following:

Alfred Eriakha    eriakhab@gmail.com

Further, I hereby certify that I have mailed by United States Postal Service the document to the following non-MEC participants: None.

This the 15th day of October 2025.

/s/ M. Reed Martz, MS Bar 101443

3