

## Consent to Electronic Service (Eriakha Alfred v. University of Mississippi)
1 message

**eriakha b** <eriakhab@gmail.com>      Wed, Oct 15, 2025 at 12:30 PM
To: Paul Watkins <pwatkins@mayomallette.com>
Cc: Brooke Jackson <bjackson@mayomallette.com>

Mr. Watkins,

To ensure full compliance with Fed. R. Civ. P. 5(b)(2)(E) and L.U. Civ. R. 5, please confirm whether you consent to receive filings and other papers in this case by email. If so, I will note that consent in my future certificates of service.

Best regards,
Omokhodion Alfred Eriakha

