

---

## Re: Litigation against University of Mississippi - consolidation

1 message

**Ehiremen Eriakha** <eriakhabernard@gmail.com>                    Wed, Oct 15, 2025 at 1:03 PM
To: Paul Watkins <pwatkins@mayomallette.com>
Cc: eriakha b <eriakhab@gmail.com>, Brooke Jackson <bjackson@mayomallette.com>

Mr. Watkins,

To ensure compliance with **Fed. R. Civ. P. 5(b)(2)(E)** and **L.U. Civ. R. 5**, please confirm whether you consent to receive filings and other papers in this case by email.

I previously transmitted filings on October 9, 2025, and would like to confirm whether you consent to continue receiving service by this method for future filings.

Respectfully,
**Ehiremen Bennard Eriakha**
Plaintiff, Pro Se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
(662) 281-4676

On Thu, Oct 9, 2025 at 4:02 PM Ehiremen Eriakha <eriakhabernard@gmail.com> wrote:

Mr. Watkins,

Consistent with the Certificates of Service in today's filings, please find attached the documents submitted on October 9, 2025.

**Attachments (PDF):**

1. *Opposition to Motion to Dismiss* & Exhibit Y — Developmental Mentor Alteration Correspondence

2. *Consolidated Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction*

3. *Response to Defendants' Opposition to Motion for Page-Limit Extension*

4. *Notice of Procedural Concern* & Exhibits 01 (Consolidation Attempt) and 02 (Defendants' Chambers Call)

Respectfully,
**Ehiremen Bennard Eriakha**
Plaintiff, Pro Se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
(662) 281-4676



📄 1_Opposition to Motion to Dismiss & Exhibit Y.pdf

📄 2_Consolidated Reply in Support of Motion for TRO & PI.pdf

📄 3_Response to Defendants' Opposition to Motion for Page-Limit Extension.pdf

📄 4_Notice of Procedural Concern & Exhibits 01-02.pdf


EXHIBIT
"2"

On Thu, Sep 25, 2025 at 4:49 PM Paul Watkins <pwatkins@mayomallette.com> wrote:
Thank you. I will proceed with a motion to consolidate the two actions, and you can both respond to that motion however you like.

Also, your TRO motion has not been "fully briefed" as you represented to the Court today because the Defendants have not yet responded to the motion. I contacted the Court's chambers this morning to inform them that the Defendants will respond to the pending motions in due course.

## Paul Watkins

Mayo Mallette PLLC
E: pwatkins@mayomallette.com
O: 662.236.0055 | D: 662.513.4900 | C: 662.801.0162
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655

mayomallette PLLC

On Thu, Sep 25, 2025 at 12:37 PM Ehiremen Eriakha <eriakhabernard@gmail.com> wrote:
Mr. Watkins,

Please be advised that I have filed and served my Notice of Non-Consent and related motions on September 25, 2025. My position regarding consolidation is set forth in those filings.

Respectfully,
Ehiremen Bennard Eriakha
Plaintiff, pro se

On Wed, Sep 24, 2025 at 4:59 PM Paul Watkins <pwatkins@mayomallette.com> wrote:
Apologies - the proposed order is attached.

## Paul Watkins

Mayo Mallette PLLC
E: pwatkins@mayomallette.com
O: 662.236.0055 | D: 662.513.4900 | C: 662.801.0162
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655

mayomallette PLLC

On Wed, Sep 24, 2025 at 4:54 PM Paul Watkins <pwatkins@mayomallette.com> wrote:
Gentlemen

I have been retained to represent the University of Mississippi and all other Defendants in both of your lawsuits. I see that Bennard's lawsuit was accompanied by a Notice stating that the other lawsuit was a related matter. I agree, and I believe these matters could be pursued more efficiently if we ask the Court to consolidate them.

I have prepared a proposed order consolidating the cases, which is attached. Please review and let me know if I have permission from both of you to submit the order with your signatures. You are under no obligation to agree to this. If you're not comfortable with this order, I can file a motion and you can each respond however you like. I'm also glad to discuss any revisions to the order either of you want to suggest.

I look forward to hearing from both of you.

Paul Watkins

**Paul Watkins**

Mayo Mallette PLLC

E: pwatkins@mayomallette.com

O: 662.236.0055 | D: 662.513.4900 | C: 662.801.0162

2094 Old Taylor Road, Suite 200 | Oxford, MS 38655