Gmail

## Eriakha v. University of Mississippi, No. 3:25-cv-00226 — Amended Complaint Filed (Oct. 15, 2025)

1 message

**eriakha b** <eriakhab@gmail.com>                                       Wed, Oct 15, 2025 at 3:42 PM
To: Paul Watkins <pwatkins@mayomallette.com>
Cc: Brooke Jackson <bjackson@mayomallette.com>, ECG LEARN <eriakhabernard@gmail.com>

Mr. Watkins,

Consistent with the Certificates of Service in today's filings, please find attached copies of the documents I submitted to the Clerk's Office on October 15, 2025.

**Attachments (PDF):**

1. Amended Complaint

2. Declaration & Exhibits

3. Notice of Filing Amended Complaint

Respectfully,

Omokhodion Alfred Eriakha
Plaintiff, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
(662) 281-4676
eriakhab@gmail.com



| 📄 01 ~ Amended Complaint.pdf |

| 📄 02 ~ Declaration & Exhibits.pdf |

| 📄 03 ~ Notice of Filing Amended Complaint.pdf |



EXHIBIT
"3"