IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**EHIREMEN BENNARD ERIAKHA**                                                       **PLAINTIFF**

v.                                                  **NO. 3:25-CV-250-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, et al.**                                        **DEFENDANTS**

<u>**NOTICE OF SERVICE**</u>

TO: Ehiremen Bennard Eriakha

Notice is given that Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang ("Defendants"), have served by U.S. Mail in the above-entitled action Defendants' Motion to Consolidate [Doc. 42] and Defendants' Brief in Support of Motion to Consolidate [Doc. 43] to Plaintiff.

THIS, the 23rd day of October 2025.

                                       **UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ANNETTE KLUCK, AND DR. YINAN HUANG**

                                       */s/ Paul B. Watkins, Jr.*
                                       PAUL B. WATKINS, JR. (MB No. 102348)
                                       *Their Attorney*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
*pwatkins@mayomallette.com*

## CERTIFICATE OF SERVICE

    I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document via U.S. Mail to the following:

>Ehiremen Bennard Eriakha
>1802 Jackson Avenue West, Apt. 83
>Oxford, MS 38655
>662-281-4676
>PRO SE

    THIS, the 23rd day of October 2025.

>*/s/ Paul B. Watkins, Jr.*
>PAUL B. WATKINS, JR. (MB NO. 102348)