IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**EHIREMEN BENNARD ERIAKHA**                                               **PLAINTIFF**

**v.**                      **NO. 3:25-CV-250-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, et al.**                                  **DEFENDANTS**

### DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION TO EXPEDITE RULING ON PENDING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendants The University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang ("Defendants"), reserving all rights and defenses, respond as follows to Plaintiff's Motion to Expedite Ruling on Pending Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 46]:

1. Defendants agree that Plaintiff's motions for injunctive relief [Docs. 15, 16] are fully briefed and may be decided on the papers without a hearing.

2. However, because Defendants' Motion to Dismiss [Doc. 28] raises jurisdictional and immunity defenses and because it is potentially dispositive, the Court should delay consideration of any motion for injunctive relief until disposition of the Motion to Dismiss. *See Pham v. Univ. of La. at Monroe*, 194 F. Supp. 3d 534, 549 n. 8 (W.D. La. 2016), *aff'd Pham v. Blaylock*, 2017 U.S. App. LEXIS 20275, *11 (5th Cir. Oct. 17, 2017) (noting that grant of dismissal based on qualified immunity required court to disregard evidence offered in support of preliminary injunction); *Arruda & Beaudoin, LLP v. Astrue*, 2011 U.S. Dist. LEXIS 113022, *2 (D. Mass. Sept. 30, 2011) (noting that issues raised in motion to dismiss will necessarily need to be resolved as part of preliminary injunction motion and that deciding motion to dismiss first will advance orderly determination of issues); *Labat-Anderson, Inc. v. United States, 346 F.*

*Supp. 2d 145*, (D.D.C. 2004) ("when presented with a motion for a preliminary injunction and a competing motion to dismiss for lack of jurisdiction, the Court must address the jurisdictional issues first, and may reach the merits of the motion for preliminary injunction only once, and only if, jurisdiction is established."); *Penn. Mun. Auths. Ass'n v. Horinko*, 292 F. Supp. 2d 95, 101 (D.D.C. 2003) ("Plaintiff's preliminary injunction motion does not take priority over defendants' motion to dismiss for lack of jurisdiction.").

3.  Because of the straightforward nature of this Response, Defendants respectfully request to be relieved of the requirement of a supporting memorandum.

FOR THESE REASONS, Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, respectfully move this Court to deny Plaintiff's Motion to Expedite Ruling on Pending Motion for Temporary Restraining Order and Preliminary Injunction, and to rule on Defendants' Motion to Dismiss . Defendants request such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted, this the 17th day of November 2025.

        **UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ANNETTE KLUCK, AND DR. YINAN HUANG**

        */s/ Paul B. Watkins, Jr.*
        PAUL B. WATKINS, JR. (MB No. 102348)
        *Their Attorney*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
pwatkins@mayomallette.com

## CERTIFICATE OF SERVICE

    I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document via E-Mail and U.S. Mail to the following:

        Ehiremen Bennard Eriakha
        1802 Jackson Avenue West, Apt. 83
        Oxford, MS 38655
        662-281-4676
        PRO SE

    THIS, the 17th day of November 2025.

                      */s/ Paul B. Watkins, Jr.*
                      PAUL B. WATKINS, JR. (MB NO. 102348)