# United States Court of Appeals
# for the Fifth Circuit

No. 25-60700

United States Court of Appeals
Fifth Circuit
**FILED**
December 24, 2025
Lyle W. Cayce
Clerk

IN RE EHIREMEN BENNARD ERIAKHA,

*Petitioner.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Mississippi
USDC No. 3:25-CV-226
USDC No. 3:25-CV-250

_____

UNPUBLISHED ORDER

Before STEWART, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the motion for expedited consideration of the petition for writ of mandamus is GRANTED.

IT IS FURTHER ORDERED that the motion to proceed in forma pauperis is GRANTED.

IT IS FURTHER ORDERED that the petition for writ of mandamus is DENIED.