

Case: 3:25-cv-00250-MPM-JMV Doc #: 55-1 Filed: 01/05/26 1 of 12 PageID #: 868

Exhibit 07: International Student & Scholar Services F-1 status notification email (*dated Dec. 15, 2025*) (Filed By **Ehiremen Bennard Eriakha**)

@gmail.com>

## Fwd: F1 status

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  
To: eriakha b <erlakhab@gmail.com>

Mon, Dec 15, 2025 at 4:57 PM

---------- Forwarded message ----------  
From: **Jean Robinson** <jcrobins@olemiss.edu>  
Date: Mon, Dec 15, 2025, 3:59 PM  
Subject: F1 status  
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>

Dear Ehiremen,

Our office has been informed that you are no longer in the PhD program and have been given admission in the nondegree category. This means a new I-20 is needed. To do this, we need to collect updated financial documentation from you that shows the ability to meet the cost of attendance for the nondegree program. <u>This must be received by January 5th in order to meet the reporting requirements and avoid the termination of your F-1 status.</u> Information about the cost of attendance is at: https://olemiss.box.com/s/bv48pn8f08o7nkmqrc2n3fm53rkwnsu2 To submit it, choose the New Degree Level request in the Control Center of your isss.olemiss.edu account and follow the steps there.

If you will not be continuing enrollment here, but are planning to go to another school in the U.S., January 5th is also the date by which we'd need to release your SEVIS record to the other school. For this, there is a SEVIS transfer out request that you would submit to us in your isss.olemiss.edu account.

Please let me know if you have any questions.

**Jean Robinson**  
Director  
The University of Mississippi  
Office of Global Engagement- ISSS  
331 Martindale-Cole  
University, MS 38677  
U.S.A.  
(662) 915-7404  
jcrobins@olemiss.edu | https://international.olemiss.edu/

**Exhibit 08: International Student & Scholar Services F-1 status notification email (*dated Dec. 15, 2025*) (Filed By Omokhodion Alfred Eriakha)**

THE UNIVERSITY OF MISSISSIPPI

## F-1 status
1 message

**Jean Robinson** <jcroblns@olemiss.edu>  Mon, Dec 15, 2025 at 3:59 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Dear Omokhodian,

Our office has been informed that you are no longer in the PhD program and have been given admission in the nondegree category. This means a new I-20 is needed. To do this, we need to collect updated financial documentation from you that shows the ability to meet the cost of attendance for the nondegree program. <u>This must be received by January 5th in order to meet the reporting requirements and avoid the termination of your F-1 status.</u> Information about the cost of attendance is at: https://olemiss.box.com/s/bv48pn8f08o7nkmqrc2n3fm53rkwnsu2 To submit it, choose the New Degree Level request in the Control Center of your isss.olemiss.edu account and follow the steps there.

If you will not be continuing enrollment here, but are planning to go to another school in the U.S., January 5th is also the date by which we'd need to release your SEVIS record to the other school. For this, there is a SEVIS transfer out request that you would submit to us in your isss.olemiss.edu account.

Please let me know if you have any questions.

**Jean Robinson**
Director
The University of Mississippi
Office of Global Engagement- ISSS
331 Martindale-Cole
University, MS 38677
U.S.A.
(662) 915-7404
jcroblns@olemiss.edu | https://international.olemiss.edu/

Case: 3:25-cv-00250-MPM-JMV Doc #: 55-1 Filed: 01/03/26 3 of 12 PageID #: 870

**Exhibit 09: Tuition liability notices and account holds** *(dated Dec. 15, 2025)* (Filed By **Ehiremen Bennard Eriakha**)

**The University of Mississippi**

Oxford • Jackson • Tupelo • Southaven

Office of the Bursar
P. O. Box 1848
University, MS 38677

December 15, 2025

Ehiremen Eriakha
No 5, Quarry road, Abeokuta
Abeokuta, OG 110252

### FINAL DEMAND NOTICE

SUBJECT: OVERDUE BALANCE - ACCOUNT NO.: 10955677

Dear Ehiremen Eriakha:

We cannot accept any further delay in receiving payment on your account. We must have full payment by January 08, 2026.

Your account balance is $ 17,524.60. Please note that $ 17,519.80 of this amount is past due.

If you do not respond to this letter, the following actions will be taken:

1) YOUR ACCOUNT BALANCE WILL BE REFERRED TO A PROFESSIONAL COLLECTION AGENCY.

2) YOU WILL BE HELD RESPONSIBLE FOR PAYMENT OF ANY COLLECTION COSTS, COURT COSTS, AND ATTORNEY FEES INCURRED AS A RESULT OF YOUR REFERRAL TO THE COLLECTION AGENCY.

If you have any questions about this collection attempt, it is imperative that you call me at (662)915-6680 IMMEDIATELY upon receipt of this letter.

Sincerely,


Carolyn Evans
Collection Officer

**Exhibit 10: Tuition liability notices and account holds (dated Dec. 15, 2025) (Filed By Omokhodion Alfred Eriakha)**

**The University of Mississippi**
Oxford • Jackson • Tupelo • Southaven

Office of the Bursar
P. O. Box 1848
University, MS 38677

December 15, 2025

Omokhodion Eriakha
OLOSUN ESTATE
Abeokuta, OG 23401

## FINAL DEMAND NOTICE

SUBJECT: OVERDUE BALANCE - ACCOUNT NO.: 10859637

Dear Omokhodion Eriakha:

We cannot accept any further delay in receiving payment on your account. We must have full payment by January 08, 2026.

Your account balance is $ 18,157.19. Please note that $ 18,157.19 of this amount is past due.

If you do not respond to this letter, the following actions will be taken:

1) YOUR ACCOUNT BALANCE WILL BE REFERRED TO A PROFESSIONAL COLLECTION AGENCY.

2) YOU WILL BE HELD RESPONSIBLE FOR PAYMENT OF ANY COLLECTION COSTS, COURT COSTS, AND ATTORNEY FEES INCURRED AS A RESULT OF YOUR REFERRAL TO THE COLLECTION AGENCY.

If you have any questions about this collection attempt, it is imperative that you call me at (662)915-6680 IMMEDIATELY upon receipt of this letter.

Sincerely,

Carolyn Evans
Collection Officer



Exhibit 44 A: Downstream Access and Administrative Consequences (*dated Dec. 13, 2025*) (Filed By **Ehiremen Bennard Eriakha**)

### Fwd: Change in Status Notification

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  
To: eriakha b <eriakhab@gmail.com>

Sat, Dec 13, 2025 at 12:05 PM

---------- Forwarded message ----------  
From: **Yi Yang** <yiyang@olemiss.edu>  
Date: Fri, Dec 12, 2025, 3:18 PM  
Subject: FW: Change in Status Notification  
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>  
Cc: Marie Barnard <mbarnard@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>

Dear Bennard,

Given the change of your status, please return the following items to the department next week.

1. Key to Faser 211 and desk keys.
2. Department laptop (UM #227399).

Thank you for your attention to this matter.

Best, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

**From:** Annette Kluck <askluck@olemiss.edu>  
**Sent:** Friday, December 12, 2025 9:20 AM  
**To:** eberiakh@go.olemiss.edu  
**Cc:** Marie Barnard <mbarnard@olemiss.edu>; Yi Yang <yiyang@olemiss.edu>; Robin Wiebe Bourgeois <rawiebe@olemiss.edu>  
**Subject:** Change in Status Notification

Exhibit 44 B: Downstream Access and Administrative Consequences (*dated Dec. 16, 2025*) (Filed By **Ehiremen Bennard Eriakha**)

## Fwd: Change in Status Notification

**Ehiremen Eriakha** <eberiakh@go.olemiss.edu>  Tue, Dec 16, 2025 at 12:07 PM
To: eriakha b <eriakhab@gmail.com>

---------- Forwarded message ----------
From: **Yi Yang** <yiyang@olemiss.edu>
Date: Mon, Dec 15, 2025, 12:55 PM
Subject: RE: Change in Status Notification
To: eberiakh@go.olemiss.edu <eberiakh@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Barbara Neyses <bkneyses@olemiss.edu>

Dear Bennard,

As the semester is ending and we may not always be in our offices, please return the keys and the department laptop to the front desk of the School of Pharmacy Dean's Office, located on the first floor of the Thad Cochran Research Center. These items should be returned on either Tuesday or Wednesday afternoon this week between 1-4 pm.

Thank you for your attention to this matter.

Best, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

**From:** Yi Yang
**Sent:** Friday, December 12, 2025 3:18 PM
**To:** eberiakh@go.olemiss.edu
**Cc:** Marie Barnard <mbarnard@olemiss.edu>; Jen Blakley <jmblakle@olemiss.edu>
**Subject:** FW: Change in Status Notification

Dear Bennard,

Case: 3:25-cv-00150-MPM-JMV Doc #: 55-1 Filed: 01/06/26 2 of 12 PageID #: <!-- -->

Exhibit 42A Downstream Access and Administrative Consequences (*dated Dec. 12, 2025*) (Filed By Omokhodion Alfred Eriakha)

THE UNIVERSITY OF MISSISSIPPI

## Change in Status Notification

Yi Yang <yiyang@olemiss.edu>  
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>  
Cc: Marie Barnard <mbarnard@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>

Fri, Dec 12, 2025 at 3:18 PM

Dear Alfred,

Given your status change, please return the following items to the department next week:

- Key to Faser 211 and desk keys.

Thank you for your attention to this matter.

Best, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

[Quoted text hidden]

📎 **Status Change Alfred Eriakha.pdf**  
115K

Case: 3:25-cv-00250-MPM-JMV Doc #: 35 Filed: 01/05/26 2 of 12 PageID #: 885

Exhibit 12B. Downstream Access and Administrative Consequences (*dated Dec. 15, 2025*) (Filed By Omokhodion Alfred Eriakha)

THE UNIVERSITY OF MISSISSIPPI

## Change in Status Notification

**Yi Yang** <yiyang@olemiss.edu>  Mon, Dec 15, 2025 at 12:55 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, Jen Blakley <jmblakle@olemiss.edu>, Barbara Neyses <bkneyses@olemiss.edu>

Dear Alfred,

As the semester is ending and we may not always be in our offices, please return the keys to the front desk of the School of Pharmacy Dean's Office, located on the first floor of the Thad Cochran Research Center. Keys should be returned on either Tuesday or Wednesday afternoon this week between 1-4 pm. Thank you for your attention to this matter.

Best, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

[Quoted text hidden]

**Exhibit 15A: Courtesy copies of urgent adjudication request transmitted to the Clerk's Office (*Jan. 2, 2026*) (Filed By Ehiremen Bennard Eriakha)**

M Gmail

## Eriakha v. University of Mississippi, et al. Civil Action No. 3:25-cv-226-MPM-JMV (Consolidated with Civil Action No. 3:25-cv-250-DMB-RP)

**Ehiremen Eriakha** <eriakhabernard@gmail.com>  Fri, Jan 2, 2026 at 3:34 PM
To: ecf_information@msnd.uscourts.gov

Dear Clerk's Office,

I respectfully submit this email to provide a courtesy copy, for docket awareness only, of the following filings in the above captioned matter:

1. Urgent and Necessitous Motion for Immediate Adjudication of Pending Emergency Rule 65 Motions (filed by Plaintiff Ehiremen Bennard Eriakha); and

2. Motion to Adopt and Join Pending Emergency Rule 65 Motions (filed by Plaintiff Omokhodion Alfred Eriakha).

Consistent with my pro se filing status and lack of electronic filing access, the foregoing documents will be filed in person with the Clerk's Office on January 5, 2026.

Thank you for your assistance.

Respectfully,

Ehiremen Bennard Eriakha
Plaintiff, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhabernard@gmail.com

**2 attachments**

- Motion to Adopt and Join.pdf  158K
- Urgent Motion for Adjudication.pdf  219K

**Exhibit 15B: Courtesy copies of urgent adjudication request transmitted to the Court Room Deputy Clerk (*Jan. 2, 2026*) (Filed By Ehiremen Bennard Eriakha)**

## URGENT – Rule 65 Motions / January 5 Deadline – Eriakha v. University of Mississippi (Civil Action Nos. 3:25-cv-226-MPM-JMV and 3:25-cv-250-DMB-RP)

Ehiremen Eriakha <eriakhabernard@gmail.com>  Fri, Jan 2, 2026 at 3:40 PM
To: Sallie_Wilkerson@msnd.uscourts.gov

Dear Ms. Wilkerson,

I am a pro se plaintiff in the consolidated Eriakha v. University of Mississippi, et al. matters pending in the Northern District of Mississippi federal court (Civil Action Nos. 3:25-cv-226-MPM-JMV and 3:25-cv-250-DMB-RP).

I write solely to provide a courtesy copy, for docket awareness only, of my Urgent and Necessitous Motion for Immediate Adjudication of Pending Emergency Rule 65 Motions, which was transmitted to the Clerk's Office by email on January 2, 2026, and is being filed in person on January 5, 2026 due to my pro se filing status and lack of electronic filing access.

The motion references a fixed, externally imposed January 5, 2026 compliance deadline relevant to the procedural posture of the pending Rule 65 motions.

Thank you for your time and assistance.

Respectfully,

Ehiremen Bennard Eriakha
Plaintiff, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhabernard@gmail.com

---

2 attachments

- Urgent Motion for Adjudication.pdf
  219K

- Motion to Adopt and Join.pdf
  158K

1/4/26, 9:21 AM                                                                                                                                                              3:25-cv-...
Case: 3:25-cv-00250-MPM-JMV Doc #: 55-1 Filed: 01/05/26 1 of 1 PageID #: 1878

Exhibit 15C — Courtesy copies of urgent adjudication request transmitted to the Clerk's Office (*Jan. 2, 2026*) (Filed By **Ehiremen Bennard Eriakha**)

# Gmail

## Eriakha v. University of Mississippi, et al. Civil Action No. 3:25-cv-226-MPM-JMV (Consolidated with Civil Action No. 3:25-cv-250-DMB-RP)

**Ehiremen Eriakha** <eriakhabernard@gmail.com>                                    Fri, Jan 2, 2026 at 3:47 PM
To: ecf_information@msnd.uscourts.gov

Dear Clerk's Office,

I write solely to provide a courtesy copy, for docket awareness only, of **Exhibits 9, 10, 11,** and **12** referenced in my recently filed motions in the above captioned matter.

Consistent with my pro se status and lack of electronic filing access, these exhibits will be filed in person with the Clerk's Office on January 5, 2026.

Thank you for your time and assistance.

Respectfully,

Ehiremen Bennard Eriakha
Plaintiff, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhabernard@gmail.com

---

**4 attachments**

- **Exhibit_12 ~ 12_17_25 ~ Bursar Notice to Alfred.pdf**
  36K

- **Exhibit_09 ~ 12_15_25 ~ ISSS Email to Bennard.pdf**
  177K

- **Exhibit_11 ~ 12_17_25 ~ Bursar Notice to Bennard.pdf**
  35K

- **Exhibit_10 ~ 12_15_25 ~ ISSS Email to Alfred.pdf**
  199K

**Exhibit 15D: Courtesy copies of urgent adjudication request transmitted to the Court Room Deputy Clerk (*Jan. 2, 2026*) (Filed By Ehiremen Bennard Eriakha)**

# M Gmail

## URGENT – Rule 65 Motions / January 5 Deadline – Eriakha v. University of Mississippi (Civil Action Nos. 3:25-cv-226-MPM-JMV and 3:25-cv-250-DMB-RP)

**Ehiremen Eriakha** <eriakhabernard@gmail.com>  Fri, Jan 2, 2026 at 3:49 PM
To: Sallie_Wilkerson@msnd.uscourts.gov

Dear Ms. Wilkerson,

I write solely to provide a courtesy copy, for docket awareness only, of **Exhibits 9, 10, 11,** and **12** referenced in my recently filed motions in the above captioned matter.

Consistent with my pro se status and lack of electronic filing access, these exhibits will be filed in person with the Clerk's Office on January 5, 2026.

Thank you for your time and assistance.

Respectfully,

Ehiremen Bennard Eriakha
Plaintiff, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhabernard@gmail.com

---

4 attachments

- Exhibit_11 ~ 12_17_25 ~ Bursar Notice to Bennard.pdf
  35K
- Exhibit_09 ~ 12_15_25 ~ ISSS Email to Bennard.pdf
  177K
- Exhibit_10 ~ 12_15_25 ~ ISSS Email to Alfred.pdf
  199K
- Exhibit_12 ~ 12_17_25 ~ Bursar Notice to Alfred.pdf
  36K