2094 Old Tay'or Road
Suite 200
Oxford, MS 38655

MEMPHIS TN 380

23 JAN 2026  PM 1  L



UNITED STATES
OF AMERICA
FOREVER/USA

Omokhodion Alfred Eriakha
Ehiremen Bennard Eriakha
1802 W. Jackson Ave, Apt. 83
Oxford, MS 38655

NIXIE         381    DE 1        0005/27/26
RETURN  TO  SENDER
VACANT
UNABLE  TO  FORWARD
VAC    BC:  38655501994     *0547-05086-23-43

---

2094 Old Taylor Road
Suite 200
Oxford, MS 38655

MEMPHIS TN 380

9 FEB 2026  PM 4  L



UNITED STATES
OF AMERICA
FOREVER/USA

Ehiremen Bennard Eriakha
1802 Jackson Avenue West, Apt. 83
Oxford, MS 38655

NIXIE         381    DE 1        0005/27/26
RETURN  TO  SENDER
VACANT
UNABLE  TO  FORWARD
VAC    BC:  38655501994     *0847-04972-09-45